# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**　　　　　　　　　　　　　　　　　　　　　　　6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE　　　　　　　　　　　　　　GREENBELT, MARYLAND  20770
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　301-344-0052

## MEMORANDUM

TO:　　　　Clerk

FROM:　　Judge Roger W. Titus

RE:　　　　*United States of America v. Lavon Dobie*
　　　　　　Criminal No. RWT 04-0235

DATE:　　March 19, 2008

* * * * * * * *

      The attached materials were received directly in chambers from the defendant, Lavon D. Dobie. The documents were not accompanied by a proof of service. Rather than to return them to Ms. Dobie for proof of service, I am directing that they be docketed collectively as a Motion for Reduction of Sentence, and a copy provided directly to the Office of the United States Attorney, which is requested to file a response.

RWT/cmc

cc:　Lavon D. Dobie
　　　Deborah A. Johnston, Esquire
　　　Bonnie Greenberg, Esquire
　　　U.S. Probation