# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND   20770  
301-344-0052

## MEMORANDUM

TO:      Counsel  
            Lavon D. Dobie

FROM:    Judge Roger W. Titus

RE:      *United States of America v. Lavon Dobie*  
            Criminal No. RWT 04-0235

DATE:    April 17, 2008

\* \* \* \* \* \* \* \*

       The attached materials were received directly in chambers from the defendant, Lavon D. Dobie on April 10, 2008. The documents were not accompanied by a proof of service. Rather than to return them to Ms. Dobie for proof of service, the Clerk of the Court is **DIRECTED** that they be docketed collectively as a Reply in Support of her Motion for Reduction of Sentence, and that a copy be provided directly to the Office of the United States Attorney.

       To the extent that these materials constitute a supplement to Ms. Dobie's prior Motion for Reduction of Sentence, it is **DENIED** for the same reasons stated in the Court's Order entered on April 8, 2008 [Paper No. 1179].

       Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/ ROGER W. TITUS  
UNITED STATES DISTRICT JUDGE