In The United States District Court
For The District Of Maryland

La'Von D. Dobie
Respondent
(defendant)

v.

United States of America
Petitioner

Criminal No RWT-04-0235

Defendant DOBIE'S SUPPLEMENTAL CRACK COCAINE/CRIMINAL HISTORY RETROACTI PRO SE MOTION And RESPONSE TO GOVERNMENTS MOTION TO DISMISS

Honorable Judge Titus, the Sentence Commission indeed granted Authority to All sentencing judges, to reduce sentences According to their discretion / the Amended guidelines in the crack cocaine retroactive 706 / My criminal history Retroactive Application (702, 709, 710, 711) both have merits despite the governments Arguements.

On August 31, 2006 A trial jury convicted the defendant of conspiracy to distribute and possession with intent to distribute controlled substances and related counts, including possession of a firearm in furtherance of a drug trafficking crime. Not "Obstruction of Justice" Your honor, the prosecution justified my two level increase from a level 26 to 28 due "Obstruction of Justice" based upon the defendants false trial testimony. Your honor, one's personal opinion of truth has no bearings or rulings in the court of law, except when rendere by a judge or jury. Respectfully I Ask you to confer with me and view my Judgement Orders which state: was found guilty on count(s) 1, 34, 47, 50, 53, 57, / which are All stated above. I re-iterate with respect your honor, I was not convicted by a jury nor yourself of "Obstruction of Justice". Until the governments response I wasn't aware of the (2) two point increase And this is definitely evidence of Another error relating to my criminal histor Motion I'm seeking corrections of errors / Relief via catagory reduction.

Your Honorable Judge Titus,

During the trial of case #04-0235, it was clear that the self Appointed Monarchy for the government was prosecutor Ms. D. Johnston. I say this with no disrespect intended but to say: If I was truly guilty of committ "Obstruction of Justice" Relating to (para. 151) prosecutor Johnston, would hav done everything in her power to charge me with "Obstruction of Justice or perjury

Surely, you would Agree solely based on the magnitude of prosecutors Johnston Character demonstrated At my trial, if not otherwise. Due to governments own Admi of truth, that my points were increased from A level 26 to 28, I Ask that yo deduct the (2) points from my base level/criminal history since the governmer has Admitted their wrong doing in writing via the Response to my initial motion.

Your Honor, the Reasons the government Argued in their Response is frivolous.

A. The pendency of defendant's Direct Appeal of Her conviction/ Sentence Deprives this Court of Jurisdiction to determine defendants Mot for Reduction of Sentence.

Your Honor, Assuming Arguendo that the Court did have Jurisdiction, the Modification of A Sentence is governed by 18 U.S.C. § 3582 which provides

B. Effect of finality of Judgment - Notwithstanding the fact that a Sentence to imprisonment can subsequently be
(1) modified pursuant to the provisions of Subsection (c);
(2) corrected pursuant to the provisions of Rule 35 of the Federal Rules of Criminal Procedure and Section 3742; or
(3) Appealed and modified, if outside the guidelines range, pursuant to the provisions of section 3742;

A judgment of conviction that includes such a sentence constitutes a final judgment for all other purposes.

* 2 In the case of A defendant who has been sentenced to A term of impri onment based on A sentencing range that has subsequently been lowered by the Sentencing Commission pursua to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion the court may reduce the term of imprisonment, After considering the factors set forth in sect 3553 (a) to the extent that they are applicable, if such A reduction is consistent with Applic Policy Statements issued by Sentencing Commission.

Honorable Judge Titus, I humbly ask that the courts view the Crack Cocaine 706 Retroactivity Motion / The Criminal History Retroact Application Motion 702, 709, 710/711 As two separate motions which they a in deed. Your Honor, the governments motion to "dismiss defendants Pro Se motion for Reduction of Sentence." Clearly contradicts the governments init theory/reasoning was previously you had no jurisdiction to vacate my sentence du to "new evidence"/my motion for a sentence reduction" due to my pending Appeal the government attached a copy of the law with the motion.

Your Honor, I have enclosed a copy of "governments motion to Dismiss for Lack of Subject Matter Jurisdiction, in which they initially quoted cas law saying only via a 3582, Rule 35 or etc. would you have jurisdiction of the Matter, Now that I'm filing a 3582, 994, 702, 3553 the governme is stating otherwise which is an Mistake of Law on their part.

Honorable Judge Titus, I respectfully ask that you grant both Motions/Allow the government to appeal your decision if they choose to do suc In the governments Arguement (B) The government states: Alternatively, the Defendant is Not entitled to Relief under Section 3582 As the Change in Crack Offense levels Did Not Change Defendants Guideline Range.

Your Honor, I was sentenced at offense level (28) As we have learne from the government. I did not get sentenced at level (26) As they claim would have been my base level offense due to government convicting me "Obstruction of Justice" And instructing the preparer of the PSI (Mr. Mebane to make the two point increase which is unethical/definitely against the law! For such reason I ask that you grant the crack motion and deduct my base level offense to (24) which would be the correct two level deduction from (26) After the Additional two points for "Obstruction of Justice" are removed from my base level/criminal history calculation. Your honor, according

to the Sentencing Commission it should be undisputed that the two level Reduction Applies to my case. (1) Your honor, I was not sentenced below the mandatory minium guidelines (2) The Sentence Commission Authorized You (Honorable Judge Titus/All other sentencing Judges) to use your discretion based on the individual, giving you the Authority to go beyond the 2-level deduction but not below the mandatory minium See Enclosed transcripts from Public Hearing on Crack Cocaine Retroact

Your Honor,

The Establish law is that: The filing of A notice of Appeal is An event of jurisdictional significance. It confers jurisdiction on the Court of Appeals/ divests the district court of its control over those aspects of the case involved in the Appeal. Once Again, Honorable Judge Titus, the government has mis-quoted the law or made A "Mistake of Law" The 709, 702, 710/711/7 Amendment As well As the 18 U.S.C. 3582(c)2, 3553, 994(o) (they are All clear The statue does not say that the court may Reduce the term of imprisonme below the Amended Sentencing Range or that the 3553(a) facts is or the "un Applicable policy statements should be considered for such An Additional Reduct

Your Honor, I Re-iterate my 146 month sentence was not below the guidelines nor the mandatory miniums. By Allowing me to benefit from the crack Cocaine Retroactivity amendment due to my exemplary behavior/Accomplishments since being incarcerated. Also by ordering the Parole/Probation Dept. to correct the errors with My prior convictions that the 702 Amendment clearly states "should not be calculat due to the type of offenses / the Removal of (2) pt. increase for the Obstruction of Justice" I humbly Ask that these corrections will place me at A base level (24) / the numerou Amount of errors once corrected, relating to my criminal history category will properly put me in level III. I humbly Ask that you will Allow me to benefit from the Amendment/Retroactive Application Honorable Judge Titus,.

The Sentencing Commission stated what the requirements are for the Crack Cocaine Retroactivity Amendment. I indeed meet the requirements. Honorable Judge Titus, the Sentence Commission has entrusted all sentencing Judges to use their discretion, I'm humbly asking you to render yours in this matter. Respectfully, Your Honor,

All of my Motions have merits and the vast amount of errors in my criminal history (the (2) two level increase of my base level offense due to governments convictions of: "Obstruction of Justice" surely the government would concur. You indeed have jurisdiction to correct this injustice they have admitted in writing via "Governments Motions to Dismiss Defendant Dobie's Pro Se Motion for Reduction of Sentence." The Crack Cocaine Motion / The Criminal History Motion have no bearing whatsoever on my Appeal Pending in the 4th circuit (As the establish law states: No Aspect of my Appeal is setforth in the Crack Cocaine Motion nor the Criminal History Motion. For all the facts/reasons stated as well as the laws permitting you to grant both the ① crack cocaine Retroact Motion / ② The Criminal History Application Motion; I humbly ask you to do such Honorable Judge Titus,.

Honorable Judge Titus,

In spite of the informal nature of this document it should be consider a supplemental motion for the initial crack cocaine/criminal history motions filed. As well as a response to governments motion to "Dismiss Defendant DOBIE's Pro se motion for reduction of sentence. Please consider/docket all documents as apart of this motion.

Respectfully Submitted

La'Von D. Parker-Dobie #38360-0
SFF-HAZELTON (J2-103L)
P.O. BOX 3000
Bruceton Mills, West Virginia 26525