# RWT 04-CR-0235

# United States of America
# v.

# La'Von D. Dobie

# Defendant's Lengthy Exhibits
# (Filed Separately)