```
1              UNITED STATES DISTRICT COURT OF MARYLAND
                        SOUTHERN DIVISION
2
   ------------------------x
3  UNITED STATES OF AMERICA  :
            Plaintiff        :
4                            :
                             :
5  vs                        :Criminal Action:    RWT-04-0235
                             :
6                            :
   PAULETTE MARTIN, et al    :
7           Defendants.      :
   ------------------------x
8

9                        Thursday, August  31, 2006
                         Greenbelt, Maryland
10
        The above-entitled action came on for a Jury Trial
11 Proceeding before the HONORABLE ROGER W. TITUS, United
   States District Judge, in courtroom 4C, commencing at
12 4:44 p.m.

13      THIS TRANSCRIPT REPRESENTS THE PRODUCT
        OF AN OFFICIAL REPORTER, ENGAGED BY
14      THE COURT, WHO HAS PERSONALLY CERTIFIED
        THAT IT REPRESENTS THE TESTIMONY AND PROCEEDINGS
15      OF THE CASE AS RECORDED   AND REQUESTED BY COUNSEL.

16      APPEARANCES:

17      On behalf of the Plaintiff:

18      BONNIE GREENBERG, Esquire

19      On behalf of the Defendants:

20      MICHAEL  MONTEMARANO , Esquire
        ANTHONY MARTIN, Esquire
21      MARC HALL, Esquire
        TIMOTHY MITCHELL, Esquire
22      PETER WARD, Esquire
        EDWARD  SUSSMAN , Esquire
23      HARRY  MCKNETT , Esquire

24

25 Tracy Rae Dunlap,   RPR , CRR           (301) 344-3912
   Official Court Reporter
```

1                          I N D E X

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23                                              Page

24  Reporter's Certificate                      67

25  Concordance                                 68

1          THE COURT:   Counsel , we have received a note --
2  I have provided copies of to you -- indicati ng that
3  they have reach ed unanimous verdict s for all defendant s
4  and count s except for all count s pertain ing to one
5  defendant , and they are deadlock ed on that .
6          What is the pleasure of the government ?
7          MS. JOHNSTON:   Your Honor , quite frankly ,
8  through no fault of the juror s, it seem s that any
9  further deliberation s would be a hardship to those
10 juror s. I don't care .  It would n't make any sense to
11 bring them back September 11, which would then be more
12 than 30 day s since we've finish ed present ing the
13 evidence .  The government has no objection to the court
14 taking the verdict that they have , and then we'll
15 resolve those mis trial issue s with that particular --
16         THE COURT:   Mr. Montemarano .
17         MR. MONTEMARANO:   I would be incline d to agree
18 with Ms. Johnston .  However , I would like to stand
19 behind her to catch her when she fall s, just in case .
20         THE COURT:   All right .  Let me ask Bea to go
21 back and ask the juror s if they've complete d the
22 verdict form -- I'm assuming they probably have -- and
23 I will ask -- it depends on what they've already done .
24 They may have already written down , "We can't agree ,"
25 but I will tell them to complete the verdict form where

1 they have verdict s, and when they have the particular

2 defendant  as to whom they have no verdict s, depend ing

3 on what they've already done , they can either leave it

4 blank or they can put down "unable to agree ," but

5 something  to indicate  that that 's the one they can't

6 agree upon .

7          Is that acceptable , counsel ?

8          MR. MONTEMARANO :  Yes , Your Honor .

9          MR. HALL:  Yes .

10         THE COURT:   Stay right here .

11         Ms. Merez , see if they're ready .  If they've

12 already done it , bring them in .

13         THE CLERK:   Okay .  They should be in in a

14 minute , Judge .

15         THE COURT:   Counsel , they're completing the

16 verdict form and they will be ready short ly.

17         Counsel , the jury is coming in .

18                  (Jury return s at 4:54 p.m. )

19         THE COURT:   Good afternoon , ladies and

20 gentlemen .  I have received  your note and have share d

21 it with counsel for all sides in this case .

22         You had asked me earlier in the case what would

23 happen if you could n't reach verdict s on some aspect s

24 of the case , and as I advise d you at that time we are

25 authorize d to receive  verdict s on those matter s on

1   which you do agree .   We are going  to proceed  now with

2   receipt  of your  verdict s that  you were  able  to reach ,

3   and we'll  deal  with  the  other  question s at  a later

4   time .

5         Before  we go through  this procedure , which  is  a

6   long  procedure  receiving  verdict s, I want  to apologize

7   being  sort  of  the  summertime  version  of  the  Grin ch that

8   stole  Christmas .   We have  taken  an enormous  amount  of

9   your  time , and  I can assure  you I speak  for myself , all

10  of  my  colleague s on  the  court ,  Judge  Chasanow , who

11  assisted  me when  I was  out  of town  -- all  the  parti es

12  in this  case  sincere ly appreciate  the  effort  that  you

13  have  given  -- the  enormous  effort  way  above  and  beyond

14  the  call  of  duty  to participate  in this  case .  So , I

15  thank  you  very  much  for  that .

16        With  that , Ms.  Merez  take s over  and  we will

17  proceed  with  receiving  the  verdict s that  you have

18  reach ed .

19        THE  CLERK:   We are  tak ing a  verdict  in criminal

20  number  RWT-04-0235 ; United  States  of  America  versus

21  Paul ette  Martin ,  Learley  Goodwin,  Reece  Whiting,

22  Derrick  Bynum , Lavon  Dobie , Ruby  Harden and  LaNora  Ali.

23        Will  the  foreperson  please  rise ?

24        Has  the  verdict  form , which  was  submitted  to the

25  jury , been  answered ?

1          THE FOREPERSON:    Yes, it has.

2          THE CLERK:   Is the form signed by you and dated?

3          THE FOREPERSON:    Yes, it is.

4          THE CLERK:   It is desired by the clerk to

5   present to the court.

6          As I read the questions, I'll need you to

7   provide the answers.  You can remain seated.

8          THE FOREPERSON:    Okay.

9          THE CLERK:   Count One.  Question 1.  How do you

10  find the defendant, Paulette Martin, as to Count One,

11  conspiracy to distribute and possess with intent to

12  distribute heroin, cocaine and cocaine base:  Guilty or

13  Not Guilty?

14         THE FOREPERSON:    Guilty.

15         THE CLERK:   If you could move that microphone as

16  close to you as possible, I would appreciate it.

17         Question 2.  If you find the defendant, Paulette

18  Martin, guilty as to Count One, how do you find as to

19  the type of controlled substance involved?  As to

20  heroin?

21         THE FOREPERSON:    Yes.

22         THE CLERK:   Cocaine?

23         THE FOREPERSON:    Yes.

24         THE CLERK:   Cocaine base?

25         THE FOREPERSON:    Yes.

1          THE CLERK:    If you found the defendant , Paulette
2 Martin , guilty as to Count One , and if you find that
3 heroin was involve d, how do you find as to the amount
4 of heroin attributable  to the defendant ?
5          And it asked you to pick one .  Tell me which one
6 you pick ed .
7          THE FOREPERSON:    One kilogram or more .
8          THE CLERK:    Question 4.  I f you found the
9 defendant , Paulette Martin , guilty as to Count One , and
10 if you found that cocaine was involve d, how do you find
11 as to the amount of cocaine attributable  to the
12 defendant ?
13         It indicate s that you should pick one .
14         THE FOREPERSON:    We did .
15         THE CLERK:    Which one did you pick , please ?
16         THE FOREPERSON:    Five kilogram s or more .
17         THE CLERK:    Question 5.  If you found that the
18 defendant , Paulette Martin , guilty as to Count One , and
19 if you find that cocaine base , common ly known as "crack
20 cocaine " was involve d, how do you find as to the amount
21 of cocaine base attributable  to the defendant ?
22         It asks that you pick one .  Could you indicate
23 which one you pick ed , please ?
24         THE FOREPERSON:    50 grams or more .
25         THE CLERK:    Question 6.  How do you find the

1  defendant , Learley Reed Goodwin , as to Count One ,

2  conspiracy to distribute and possess with intent to

3  distribute heroin , cocaine or cocaine base :  Guilty or

4  Not Guilty ?

5          THE FOREPERSON:    Guilty .

6          THE CLERK:   Question 7.  If you found the

7  defendant , Learley Reed Goodwin,  guilty as to Count

8  One , how do you find as to the type of controlled

9  substance  involve d?

10         As to heroin ?

11         THE FOREPERSON:    No.

12         THE CLERK:   Cocaine ?

13         THE FOREPERSON:    Yes .

14         THE CLERK:   Cocaine base ?

15         THE FOREPERSON:  Yes  .

16         THE CLERK:   For the record , did you indicate

17  anything as to Question 8?

18         THE FOREPERSON:    No.

19         THE CLERK:   Question 9.  If you found the

20  defendant , Learley Reed Goodwin , guilty as to Count

21  One , and if you found that cocaine was involve d, how do

22  you find as to the amount of cocaine attributable  to

23  the defendant ?

24         It indicate s that you should pick one .  Which

25  one did you pick , please ?

1        THE FOREPERSON:    Five kilogram s or more .

2        THE CLERK:    Thank you .

3        Question 10.  If you found the defendant ,

4  Learley Reed Goodwin , guilty as to Count One , and if

5  you found that cocaine base , common ly known as "crack

6  cocaine " was involve d, how do you find as to the amount

7  of cocaine base attributable  to the defendant ?

8        It indicate s that you should pick one .  Which

9  one did you pick ?

10       THE FOREPERSON:    50 grams  or more .

11       THE CLERK:    Thank you .

12       Question 11.  How do you find the defendant ,

13  Reece Coleman Whiting , as Count One , conspiracy to

14  distribute  and possess with intent  to distribute

15  heroin , cocaine  or cocaine base :  Guilty or  Not Guilty ?

16       THE FOREPERSON:    Guilty .

17       THE CLERK:    Question 12.  If you found the

18  defendant , Reece Coleman W hiting, guilty  as to Count

19  One , how do you find as to the type of controlled

20  substance  involve d?  Heroin ?

21       THE FOREPERSON:    Yes .

22       THE CLERK:    Cocaine ?

23       THE FOREPERSON:    Yes .

24       THE CLERK:    Cocaine  base ?

25       THE FOREPERSON:    No .

1          THE CLERK:    Question 13.   If you found the
2  defendant , Reece Coleman W hiting , guilty as to Count
3  One , and if you found that heroin was involve d, how do
4  you find as to the amount of heroin attributable  to the
5  defendant ?

6          It indicate s that you should pick one .  Which
7  one did you pick ?

8          THE FOREPERSON:    One kilogram or more .

9          THE CLERK:    Question 14.   If you found the
10 defendant , Reece Coleman Whiting , guilty as to Count
11 One , and if you found that cocaine was involve d, how do
12 you find as to the amount of cocaine attributable  to
13 the defendant ?

14         It indicate s that you should pick one .  Which
15 one did you pick ?

16         THE FOREPERSON:    Five kilogram s or more .

17         THE CLERK:    For the record , did you indicate
18 anything  in Question 15?

19         THE FOREPERSON:    No , we did not .

20         THE CLERK:    Question 16.   How do you find the
21 defendant , Derrick Louis  Bynum as to Count One ,
22 conspiracy  to distribute  and possess  with intent  to
23 distribute  heroin , cocaine  or cocaine  base :   Guilty or
24 Not Guilty ?

25         THE FOREPERSON:     Guilty .

1        THE CLERK:    If you found the defendant, Derrick

2   Louis Bynum, guilty as to Count One, how do you find as

3   to the type of controlled substance involved?  As to

4   heroin?

5        THE FOREPERSON:    No.

6        THE CLERK:    Cocaine?

7        THE FOREPERSON:    Yes.

8        THE CLERK:    Cocaine base?

9        THE FOREPERSON:    Yes.

10       THE CLERK:    For the record, did you indicate

11   anything as to Question 18?

12       THE FOREPERSON:    No, we did not.

13       THE CLERK:    Okay.  Question 19.  If you found

14   the defendant, Derrick Louis Bynum, guilty as to Count

15   One, and if you found that cocaine was involved, how do

16   you find as to the amount of cocaine attributable to

17   the defendant?

18       It indicates that you should pick one.  Which

19   one did you pick?

20       THE FOREPERSON:    Five kilograms or more.

21       THE CLERK:    Question 20.  If you found the

22   defendant, Derrick Louis Bynum, guilty as to Count One,

23   and if you found that cocaine base, commonly known as

24   "crack cocaine" was involved, how do you find as to the

25   amount of cocaine base attributable to the defendant?

1          It indicate s that you should pick one.  Which

2  one did you pick?

3          THE FOREPERSON:    50 grams or more.

4          THE CLERK:   Question 21.  How do you find the

5  defendant , Ruby Bertine Harden as to Count One

6  conspiracy to distribute and possess with intent to

7  distribute heroin , cocaine or cocaine base :  Guilty not

8  guilty ?

9          THE FOREPERSON:    We were unable to render a

10  verdict for Ruby Bertine Harden .

11          THE CLERK:   Okay .  For the record , did you

12  indicate anything under Question 22?

13          THE FOREPERSON:    No, we did not .

14          THE CLERK:   Under Question 23, as to defendant

15  Ruby Bertine Harden ?

16          THE FOREPERSON:    We did not .

17          THE CLERK:   Under Question 24?

18          THE FOREPERSON:    We did not .

19          THE CLERK:  Under  Question 25?

20          THE FOREPERSON:    We did not .

21          THE CLERK:   Question 26.  How do you find the

22  defendant , Lavon Dobie , as to Count One , conspiracy to

23  distribute and possess with intent to distribute

24  heroin , cocaine or cocaine base :  Guilty or Not Guilty ?

25          THE FOREPERSON:    Guilty .

1          THE CLERK:   Did you indicate anything under

2  Question 27?

3          THE FOREPERSON:    No, we did not.

4          THE CLERK:   Question 28.

5          Wait a minute, Judge.  I'm getting a little

6  confused here.

7          If you find the defendant, Lavon Dobie, guilty

8  as to Count One or the lesser included offense, how do

9  you find as to the type of controlled substance

10  involved?  Heroin?

11          THE FOREPERSON:    Yes.

12          THE CLERK:   Cocaine?

13          THE FOREPERSON:    Yes.

14          THE CLERK:   Cocaine base?

15          THE FOREPERSON:    Yes.

16          THE CLERK:   If you found the defendant, Lavon

17  Dobie, guilty as to Count One or the lesser included

18  offense, and if you found that heroin was involved, how

19  do you find as to the amount of heroin attributable to

20  the defendant?

21          It indicates that you should pick one.  Which

22  one did you pick?

23          THE FOREPERSON:    100 grams, but less than one

24  kilogram.

25          THE CLERK:   Okay.  Question 30.  If you found

1  the defendant , Lavon Dobie , guilty as to Count One or

2  the lesser included offense , and if you found that

3  cocaine was involved, how do you find as to the amount

4  of cocaine attributable to the defendant ?

5       It indicates that you should pick one.  Which

6  one did you pick ?

7       THE FOREPERSON:   Less than 500 grams.

8       THE CLERK:   Less than 500 ?  Okay .

9       Question 31.  If you found the defendant , Lavon

10 Dobie , guilty as to Count One or the lesser included

11 offense , and if you found that cocaine base , commonly

12 known as "crack cocaine ," was involved, how do you find

13 as to the amount of cocaine base attributable to the

14 defendant ?

15      It indicates that you should pick one.  Which

16 one did you pick ?

17      THE FOREPERSON:    Five grams , but less than 50

18 grams .

19      THE CLERK:   How do you find for the defendant ,

20 LaNora N. Ali, as to Count One , conspiracy to

21 distribute and possess with intent to distribute

22 heroin , cocaine or cocaine base :  Guilty or Not Guilty ?

23      THE FOREPERSON:    Guilty .

24      THE CLERK:   For the record , did you indicate

25 anything under Question 33 ?

1            THE FOREPERSON:    No, we did not.

2            THE CLERK:    Question 34.  If you find the

3  defendant, LaNora N. Ali, guilty as to Count One or the

4  lesser included offense, how do you find as to the type

5  of controlled substance involved?

6            It indicates you should pick one.  Heroin?

7            THE FOREPERSON:    Yes.

8            THE CLERK:    For the record, cocaine?

9            THE FOREPERSON:    Yes.

10           THE CLERK:    Cocaine base?

11           THE FOREPERSON:    Yes.

12           THE CLERK:    If you found the defendant, LaNora

13  N. Ali, guilty as to Count One or the lesser included

14  offense, and if you found that heroin was involved, how

15  do you find as to the amount of heroin attributable to

16  the defendant?

17           It indicates you should pick one.  Which one did

18  you pick?

19           THE FOREPERSON:    Less than 100 grams.

20           THE CLERK:  Question  36.  If you found the

21  defendant, LaNora N. Ali, guilty as to Count One or the

22  lesser included offense, and if you found that cocaine

23  was involved, how do you find as to the amount of

24  cocaine attributable to the defendant?

25           It indicates that you should pick one.  Which

1 one did you pick?

2         THE FOREPERSON:    We picked less than 500 grams.

3         THE CLERK:    Less than 500?   Okay.

4         Question 37.  If you found the defendant, LaNora

5 N. Ali, guilty as to Count One or the lesser included

6 offense, and if you found that cocaine base, commonly

7 known as "crack cocaine," was involved, how do you find

8 as to the amount of cocaine base attributable to the

9 defendant?

10        It indicates that you should pick one.   Which

11 one did you pick?

12        THE FOREPERSON:    50 grams or more.

13        THE CLERK:    Count Two.   How do you find the

14 defendant, Learley Reed Goodwin, as to Count Two,

15 possession with intent to distribute cocaine base on or

16 about November 25, 2003:  Guilty or Not Guilty?

17        THE FOREPERSON:    Guilty.

18        THE CLERK:    Question 39.  Count Three.   How do

19 you find the defendant, Paulette Martin, as to Count

20 Three, use of a telephone in furtherance of a drug

21 conspiracy on or about March 9, 2004:  Guilty or Not

22 Guilty?

23        THE FOREPERSON:    Guilty.

24        THE CLERK:    Question 40.  How do you find the

25 defendant, Reece Coleman Whiting, as to Count Three,

1 use of a telephone in furtherance of a drug conspiracy

2 on or about March 9, 2004: Guilty or Not Guilty?

3          THE FOREPERSON:    Guilty.

4          THE CLERK:    Count Four. Question 41. How do

5 you find the defendant, Paulette Martin, as to Count

6 Four, possession with intent to distribute cocaine on

7 or about March 10, 2004: Guilty or Not Guilty?

8          THE FOREPERSON:    Guilty.

9          THE CLERK:    Question 42. If you found the

10 defendant, Paulette Martin, guilty as to Count Four,

11 how do you find as to the amount of cocaine

12 attributable to the defendant?

13          It indicates that you should pick one. Which

14 one did you pick?

15          THE FOREPERSON:    500 grams or more.

16          THE CLERK:    Count Five. Question 43. How do

17 you find the defendant, Paulette Martin, as to Count

18 Five, use of a telephone in furtherance of a drug

19 conspiracy on or about March 11, 2004: Guilty or Not

20 Guilty?

21          THE FOREPERSON:    Guilty.

22          THE CLERK:    For the record, Count Six was

23 intentionally omitted.

24          Count Seven. Question 44. How do you find the

25 defendant, Paulette Marin, as to Count Seven, use of a

1 telephone   in   furtherance   of  a  drug  conspiracy   on  or

2 about  March  11 , 2004 :   Guilty  or   Not  Guilty ?

3          THE FOREPERSON:    Guilty .

4          THE CLERK:   Question  45 .   How  do  you  find  the

5 defendant , Derrick  Louis  Bynum , as  to  Count  Seven , use

6 of  a telephone   in  furtherance   of  a  drug  conspiracy   on

7 or about  March  11 , 2004 :   Guilty  or   Not  Guilty ?

8          THE FOREPERSON:    Guilty .

9          THE CLERK:    Count  Eight .   Question  46 .   How  do

10 you  find  the  defendant , Paulette  Martin , as  to  Count

11 Eight , possession  with  intent  to  distribute   cocaine

12 base  on  or  about  March  12 , 2004 :   Guilty  or   Not  Guilty ?

13          THE FOREPERSON:    Guilty .

14          THE CLERK:    Question  47 .   If  you  found  the

15 defendant , Paulette  Martin , guilty  as  to  Count  Eight ,

16 how  do  you  find  as  to  the  amount  of  cocaine  base

17 attributable   to  the  defendant ?

18          It  indicate s that  you  should  pick  one .   Which

19 one  did  you  pick ?

20          THE FOREPERSON:    50  grams  or  more .

21          THE CLERK:    Question  48 .   How  do  you  find  the

22 defendant , Derrick  Louis  Bynum , as  to  Count  Eight ,

23 possession  with  intent  to  distribute  cocaine  on  or

24 about  March  12 , 2004 :   Guilty  or   Not  Guilty ?

25          MS.  GREENBERG:    Could  you  read  that  again ?

1        THE CLERK:   I'm sorry.  Question 48.  How do you

2 find the defendant, Derrick Louis Bynum, as to Count

3 Eight, possession with intent to distribute cocaine

4 base on or about March 12, 2004:  Guilty or Not Guilty?

5        THE FOREPERSON:   Guilty.

6        THE CLERK:   Question 49.  If you found the

7 defendant, Derrick Louis Bynum, guilty as to Count

8 Eight, how do you find as to the amount of cocaine base

9 attributable to the defendant?

10       It indicates you should pick one.  Which one did

11 you pick?

12       THE FOREPERSON:   50 grams or more.

13       THE CLERK:   Count Nine.  How do you find --

14 Count Nine.  Question 50.  How do you find the

15 defendant, Paulette Martin, as to Count Nine, use of a

16 telephone in furtherance of a drug conspiracy on or

17 about March 12, 2004:  Guilty or Not Guilty?

18       THE FOREPERSON:   Guilty.

19       THE CLERK:   Question 51.  How do you find the

20 defendant, Reece Coleman Whiting, as to Count Nine, use

21 of a telephone in furtherance of the drug conspiracy on

22 or about March 12, 2004:  Guilty or Not Guilty?

23       THE FOREPERSON:   Guilty.

24       THE CLERK:   Count Ten.  Question 52.  How do you

25 find the defendant, Paulette Martin, as to Count Ten,

1  possession  with  intent  to distribute  cocaine  on or

2  about  March 13, 2004:   Guilty or  Not  Guilty?

3          THE FOREPERSON:   Guilty  .

4          THE CLERK:    Question 53.  If you found  the

5  defendant , Paulette  Martin , guilty as to Count  Ten , how

6  do you find  as to the  amount  of cocaine  attributable  to

7  the defendant ?

8          It  indicate s that  you should  pick  one .  Which

9  one did  you pick?

10         THE FOREPERSON:    500 grams  or more .

11         THE CLERK:    Count 11.   Question 54.  How do you

12  find  the defendant , Paulette  Martin , as to Count  11,

13  use of a telephone  in furtherance  of the  drug

14  conspiracy  on or about  March 15, 2004:   Guilty or  Not

15  Guilty?

16         THE FOREPERSON:    Guilty .

17         THE CLERK:    Count 12.   Question 55.  How do you

18  find  the defendant , Paulette  Martin , as to Count  12,

19  use of a telephone  in furtherance  of the  drug

20  conspiracy  on or about  March 15, 2004:   Guilty or  Not

21  Guilty?

22         THE FOREPERSON:    Guilty .

23         THE CLERK:    Count 13.   Question 56.  How do you

24  find  the defendant , Paulette  Martin , as to Count  13 ,

25  use of a telephone  in furtherance  of the  drug

1 conspiracy  on or about  March  16 , 2004 :  Guilty or  Not

2 Guilty ?

3        THE FOREPERSON:    Guilty .

4        THE CLERK:   Count 14 .  Question  57.  How do you

5 find defendant , Paulette  Martin , as to Count 14,

6 possession  with intent  to distribute  heroin  on or about

7 March  16 , 2004 :  Guilty or  Not Guilty ?

8        THE FOREPERSON:    Guilty .

9        THE CLERK:   Count 15 .  Question  58.  How do you

10 find the defendant , Paulette  Martin , as to Count 15 ,

11 use of a telephone  in furtherance  of the drug

12 conspiracy  on or about  March  16 , 2004:  Guilty or  Not

13 Guilty ?

14        THE FOREPERSON:    Guilty .

15        THE CLERK:   Question  59.  How do you find  the

16 defendant , Reece  Coleman Whiting,  as to Count 15 , use

17 of a telephone  in furtherance  of the drug conspiracy  on

18 or about  March  16 , 2004 :  Guilty or  Not Guilty ?

19        THE FOREPERSON:    Guilty .

20        THE CLERK:   Count 16 .  Question  60.  How do you

21 find the defendant , Paulette  Martin , as to Count 16 ,

22 possession  with intent  to distribute  cocaine  on or

23 about  March  17, 2004 :  Guilty or  Not Guilty ?

24        THE FOREPERSON:    Guilty .

25        THE CLERK:   Question  61.  If you found  the

1 defendant , Paulette Martin , guilty as to Count 16, how

2 do you find as to the amount of cocaine attributable to

3 the defendant ?

4        It indicate s that you should pick one . Which

5 one did you pick ?

6        THE FOREPERSON:    500 grams or more .

7        THE CLERK:    Count 17 . Question 62. How do you

8 find the defendant , Paulette Martin , as to Count 17 ,

9 use of a telephone in furtherance of the drug

10 conspiracy on or about March 17, 2004 : Guilty or Not

11 Guilty ?

12        THE FOREPERSON:    Guilty .

13        THE CLERK:    Question 63. How do you find the

14 defendant , Derrick Louis Bynum , as to Count 17 , use of

15 a telephone in furtherance of the drug conspiracy on or

16 about March 17, 2004 : Guilty or Not Guilty ?

17        THE FOREPERSON:    Guilty .

18        THE CLERK:    Count 18 . How do you find the

19 defendant , Paulette Martin , as to Count 18, use of a

20 telephone in furtherance of the drug conspiracy  on or

21 about March 17, 2004 : Guilty or Not Guilty ?

22        THE FOREPERSON:    Guilty .

23        THE CLERK:    Question 65. How do you find the

24 defendant , Learley Reed Goodwin , as to Count 18, use of

25 a telephone in furtherance  of the drug conspiracy  on or

1 about March 17, 2000:  Guilty or  Not  Guilty ?

2          THE FOREPERSON:    Guilty .

3          THE CLERK:    Count  19 .   Question  66 .   How  do  you

4 find  the defendant , Paulette  Martin , as  to Count  19,

5 use of a telephone  in furtherance  of the  drug

6 conspiracy  on or about  March  18 , 2004 :  Guilty or  Not

7 Guilty ?

8          THE FOREPERSON:    Guilty .

9          THE CLERK:    Count  20 .   Question  67 .   How  do  you

10 find  the defendant , Paulette  Martin , as  to Count  20,

11 use of a telephone  in furtherance  of the  drug

12 conspiracy  on or about  March  19 , 2004 :  Guilty or  Not

13 Guilty ?

14          THE FOREPERSON:    Guilty .

15          THE CLERK:    Count  21 .   Question  68 .   How  do  you

16 find  the defendant , Paulette  Martin , as  to Count  21 use

17 of a telephone  in furtherance  of the drug conspiracy  on

18 or about  March  19 , 2004 :  Guilty or  Not Guilty ?

19          THE FOREPERSON:    Guilty .

20          THE CLERK:  Qu estion  69 .   How  do  you find  the

21 defendant , Reece  Coleman  Whiting , as  to Count  21, use

22 of a telephone  in furtherance  of the drug conspiracy  on

23 or about  March  19 , 2004 :  Guilty or  Not Guilty ?

24          THE FOREPERSON:    Guilty .

25          THE CLERK:    Count  22 .   Question  70 .   How  do  you

1 find the defendant , Paulette Martin , as to Count 22 ,

2 use of a telephone in furtherance of the drug

3 conspiracy on or about March 20 , 2004 : Guilty or Not

4 Guilty ?

5          THE FOREPERSON :   Not guilty .

6          THE CLERK :   Question 71 . How do you find the

7 defendant , LaNora Ali , as to Count 22 , use of a

8 telephone in the furtherance of the drug conspiracy on

9 or about March 20 , 2004 : Guilty or Not Guilty ?

10          THE FOREPERSON :   Not guilty .

11          THE CLERK :   Count 23 . Q uestion 72 . How do you

12 find the defendant , Paulette Martin , as to Count 23 ,

13 use of a telephone in furtherance of the drug

14 conspiracy on or about March 21 , 2004 : Guilty or Not

15 Guilty ?

16          THE FOREPERSON :   Guilty .

17          THE CLERK :   Question 73 . How do you find the

18 defendant , Ruby Bertine Harden , as to Count 23 , use of

19 a telephone in furtherance of the drug conspiracy on or

20 about March 21 , 2004 : Guilty or Not Guilty ?

21          THE FOREPERSON :   We were unable to render a

22 verdict for Ruby Bertine Harden .

23          THE CLERK :   Thank you . Question 24 -- I mean

24 Count 24 . Question 74 . How do you find the defendant ,

25 Paulette Martin , as to Count 24 , use of a telephone in

1 furtherance   of   the   drug   conspiracy   on   or   about   March

2 22 , 2004 :   Guilty   or   Not   Guilty ?

3          THE FOREPERSON:     Guilty .

4          THE CLERK:     Count   25 .   How   do   you   find   the

5 defendant , Paulette   Martin , as   to   Count   25 , possession

6 with   intent   to   distribute   heroin   on   or   about   March   22 ,

7 2004 :   Guilty   or   Not   Guilty ?

8          THE FOREPERSON:     Guilty .

9          THE CLERK:     Count   26 .   Question   76 .   How   do   you

10 find   the   defendant , Paulette   Martin , as   to   Count   26 ,

11 use   of   a   telephone   in   furtherance   of   the   drug

12 conspiracy   on   or   about   March   24 , 2004 :   Guilty   or   Not

13 Guilty ?

14          THE FOREPERSON:     Guilty .

15          THE CLERK:     Question   77 .   How   do   you   find   the

16 defendant , Learley   Reed   Goodwin , as   to   Count   26 , use   of

17 a   telephone   in   furtherance   of   the   drug   conspiracy   on   or

18 about   March   24 , 2004 :   Guilty   or   Not   Guilty ?

19          THE FOREPERSON:     Guilty .

20          THE CLERK:     Count   27 .   Question   78 .   How   do   you

21 find   the   defendant , Paulette   Martin , as   to   Count   27 ,

22 use   of   a   telephone   in   furtherance   of   the   drug

23 conspiracy   on   or   about   March   26 , 2004 :   Guilty   or   Not

24 Guilty ?

25          THE FOREPERSON:     Guilty .

1          THE CLERK:    Question  79.   How  do  you  find  the

2 defendant , Reece  Coleman  Whiting , as  to  Count  27, use

3 of a telephone  in furtherance  of  the  drug  conspiracy  on

4 or about  March  26, 2004:   Guilty or  Not  Guilty ?

5          THE FOREPERSON:    Guilty .

6          THE CLERK:    Count  28.   Question  80.   How  do  you

7 find  the defendant , Paulette  Martin , as  to  Count  28,

8 use of a telephone  in furtherance  of  the  drug

9 conspiracy  on or about  March  26, 2004:   Guilty or  Not

10 Guilty ?

11          THE FOREPERSON:    Guilty .

12          THE CLERK:    Count  29.   Question  81.   How  do  you

13 find  defendant , Paulette  Martin , as  to  Count  29,

14 possession  with  intent  to distribute  cocaine  on  or

15 about  March  26, 2004:   Guilty or  Not  Guilty ?

16          THE FOREPERSON:    Guilty .

17          THE CLERK:    Count  30.   Question  82.   How  do  you

18 find  the defendant , Paulette  Martin , as  to  Count  30,

19 use of a telephone  in furtherance  of  the  drug

20 conspiracy  on or about  March  29, 2004:   Guilty or  Not

21 Guilty ?

22          THE FOREPERSON:    Guilty .

23          THE CLERK:    Count  31.   Question  83.   How  do  you

24 find  the defendant , Paulette  Martin , as  to  Count  31,

25 possession  with  intent  to distribute  heroin  on  or  about

1 March 29, 2004: Guilty or Not Guilty?

2          THE FOREPERSON:    Guilty.

3          THE CLERK:    Count 32.   Question 84.   How do you

4 find the defendant, Paulette Martin, as to Count 32,

5 use of a telephone in furtherance of the drug

6 conspiracy on or about March 29, 2004: Guilty or Not

7 Guilty?

8          THE FOREPERSON:    Guilty.

9          THE CLERK:    Question 85.   How do you find the

10 defendant, Ruby Bertine Harden, as to Count 32, use of

11 a telephone in furtherance of the drug conspiracy on or

12 about March 29, 2004: Guilty or Not Guilty?

13          THE FOREPERSON:    We were unable to render a

14 verdict for Ruby Bertine Harden.

15          THE CLERK:    Count 33.   Question 86.   How do you

16 find the defendant, Paulette Martin, as to Count 33,

17 possession with intent to distribute cocaine on or

18 about March 29, 2004: Guilty or Not Guilty?

19          THE FOREPERSON:    Guilty.

20          THE CLERK:    Question 87.   How do you find the

21 defendant, Ruby Bertine Harden, as to Count 33,

22 possession with intent to distribute cocaine on about

23 March 29, 2004: Guilty or Not Guilty?

24          THE FOREPERSON:    We were unable to agree on a

25 verdict for Ruby Bertine Harden.

1          THE CLERK:    Okay.   Count  34.   Question  88.   How

2 do you find the defendant, Lavon Dobie, as to Count 34,

3 use of a telephone  in furtherance  of the drug

4 conspiracy  on or about March 31, 2004:   Guilty or  Not

5 Guilty?

6          THE FOREPERSON:    Guilty.

7          THE CLERK:    Count  35.   Question  89.   How do you

8 find the defendant, Paulette  Martin, as to Count  35,

9 use of a telephone  in furtherance  of the drug

10 conspiracy  on or about March 31, 2004:   Guilty or  Not

11 Guilty?

12          THE FOREPERSON:    Guilty.

13          THE CLERK:    Count  36.   Question  90.   How do you

14 find the defendant, Paulette  Martin, as to Count  36,

15 possession  with intent  to distribute  cocaine base on or

16 about March 31, 2004:   Guilty or  Not Guilty?

17          THE FOREPERSON:    Guilty.

18          THE CLERK:    Count  37.   Question  91.   How do you

19 find the defendant, Paulette  Martin, as to Count  37,

20 use of a telephone  in furtherance  of the drug

21 conspiracy  on or about April 1st 2004:   Guilty or  Not

22 Guilty?

23          THE FOREPERSON:    Guilty.

24          THE CLERK:    Count  38.   Question  92.   How do you

25 find the defendant, Paulette  Martin, as to Count  38,

1 possession with intent to distribute cocaine on or

2 about April 1st 2004 :   Guilty or Not Guilty ?

3          THE FOREPERSON:    Guilty .

4          THE CLERK:    Count 39 .   Question 93 .   How do you

5 find the defendant , Paulette Martin , as to Count 39 ,

6 use of a telephone in furtherance of the drug

7 conspiracy on or about April 3rd 2004 :   Guilty or Not

8 Guilty ?

9          THE FOREPERSON:    Guilty .

10          THE CLERK:    Question 94 .   How do you find the

11 defendant , Derrick Louis Bynum , as to Count 39 , use of

12 a telephone in furtherance of the drug conspiracy on or

13 about April 3rd 2004 :   Guilty or Not Guilty ?

14          THE FOREPERSON:    Guilty .

15          THE CLERK:    Count 40 .   Question 95 .   How do you

16 find the defendant , Paulette Martin , as to Count 40 ,

17 possession with intent to distribute cocaine base

18 between on or about April 1st 2004 and April 7th 2004 :

19 Guilty or Not Guilty ?

20          THE FOREPERSON:    Guilty .

21          THE CLERK:    Question 96 .   If you found the

22 defendant , Paulette Martin , guilty as to Count 40 , how

23 do you find as to the amount of cocaine base

24 attributable to the defendant ?

25          It indicate s that you should pick one .   Which

1 one did you pick?

2          THE FOREPERSON:    50 grams or more.

3          THE CLERK:    Question 97.   How do you find the

4 defendant, Derrick Louis Bynum, as to Count 40,

5 possession with intent to distribute cocaine base

6 between on or about April 1st 2004 and April 7, 2004:

7 Guilty or Not Guilty?

8          THE FOREPERSON:    Guilty.

9          THE CLERK:    Question 98.   If you found the

10 defendant, Derrick Louis Bynum, guilty as to Count 40,

11 how do you find as to the amount of cocaine base

12 attributable to the defendant?

13          It indicates that you should pick one.   Which

14 one did you pick?

15          THE FOREPERSON:    50 grams or more.

16          THE CLERK:    For the record, Count 41 was

17 intentionally omitted.

18          Count 42.   Question 99.   How do you find the

19 defendant, Paulette Martin, as to Count 42, use of a

20 telephone in furtherance of the drug conspiracy on or

21 about April 9, 2004:   Guilty or Not Guilty?

22          THE FOREPERSON:    Guilty.

23          THE CLERK:    Count 43.   Question 100.   How do you

24 find the defendant, Paulette Martin, as to Count 43,

25 possession with intent to distribute heroin on or about

1 April 9, 2004:  Guilty or  Not Guilty?

2        THE FOREPERSON:    Guilty.

3        THE CLERK:    Count 44.  Question 101.  How do you

4 find the defendant, Paulette Martin, as to Count 44,

5 use of a telephone in furtherance  of the drug

6 conspiracy  on or about April 21, 2004:  Guilty or  Not

7 Guilty?

8        THE FOREPERSON:    Guilty.

9        THE CLERK:    Question 102.  How do you find the

10 defendant, LaNora Ali, as to Count 44, use of a

11 telephone in furtherance  of the drug conspiracy  on or

12 about April 21, 2004:  Guilty or  Not Guilty?

13        THE FOREPERSON:    Guilty.

14        THE CLERK:    Count 45.  Question 103.  How do you

15 find the defendant, Paulette  Martin, as to Count 45,

16 possession  with intent to distribute  cocaine on or

17 about April 21st 2004:  Guilty or  Not Guilty?

18        THE FOREPERSON:    Guilty.

19        THE CLERK:    Question 104 how do you find the

20 defendant, LaNora Ali, as to Count 45, possession  with

21 intent to distribute  cocaine on or about April 21,

22 2004:  Guilty or  Not Guilty?

23        THE FOREPERSON:    Not guilty.

24        THE CLERK:    Question 105.  If you found the

25 defendant, LaNora Ali, "not guilty" as to Count 45,

1  possession  with  intent  to  distribute  cocaine  on  or

2  about  April  21 ,  2004 ,  how  do  you  find  her  with  respect

3  to  the  lesser  included  offense  of  possession  of  cocaine

4  on  or  about  April  21st  2004 :   Guilty  or  Not  Guilty ?

5        THE  FOREPERSON:    Guilty .

6        THE  CLERK:    Count  46 .   Question  106 .   How  do  you

7  find  the  defendant ,  Paulette  Martin ,  as  to  Count  46 ,

8  use  of  a  telephone  in  furtherance  of  the  drug

9  conspiracy  on  or  about  April  23 , 2004 :   Guilty  or  Not

10  Guilty ?

11        THE  FOREPERSON:    Guilty .

12        THE  CLERK:    Count  47 .   Question  107 .   How  do  you

13  find  the  defendant ,  Paulette  Martin ,  as  to  Count  47 ,

14  use  of  a  telephone  in  furtherance  of  the  drug

15  conspiracy  on  or  about  April  23 , 2004 :   Guilty  or  Not

16  Guilty ?

17        THE  FOREPERSON:    Guilty .

18        THE  CLERK:    108 .   How  do  you  find  the  defendant ,

19  Lavon  Dobie ,  as  to  Count  47 ,  use  of  a  telephone  in

20  furtherance  of  the  drug  conspiracy  on  or  about  April

21  23 , 2004 :   Guilty  or  Not  Guilty ?

22        THE  FOREPERSON:    Guilty .

23        THE  CLERK:    Count  48 .   Question  109 .   How  do  you

24  find  the  defendant ,  Paulette  Martin ,  as  to  Count  48 ,

25  use  of  a  telephone  in  furtherance  of  the  drug

1 conspiracy  on or about  April  24 , 2004 :   Guilty or  Not

2 Guilty ?

3          THE FOREPERSON:    Guilty .

4          THE CLERK:    Question  110 .   How do you find  the

5 defendant , Learley  Reed  Goodwin , as to Count  48 , use  of

6 a telephone  in furtherance  of the drug conspiracy  on or

7 about  April  24 , 2004 :   Guilty or  Not  Guilty ?

8          THE FOREPERSON:    Guilty .

9          THE CLERK:    Count  49 .   Question  111 .   How do you

10 find  the defendant , Paulette  Martin , as to Count  49 ,

11 use  of a telephone  in furtherance  of the drug

12 conspiracy  on or about  April  25 , 2004 :   Guilty or Not

13 Guilty ?

14          THE FOREPERSON:    Guilty .

15          THE CLERK:    Question  112 .   How do you find  the

16 defendant , Reece  Coleman  Whiting , as to Count  49 , use

17 of a telephone  in furtherance  of the drug conspiracy  on

18 or about  April  25 , 2004 :   Guilty or  Not Guilty ?

19          THE FOREPERSON:    Guilty .

20          THE CLERK:    Count  50 .   Question  113 .   How do you

21 find  the defendant , Paulette  Martin , as to Count  50 ,

22 use  of a telephone  in furtherance  of drug conspiracy  on

23 or about  May 3 , 2004 :   Guilty or  Not Guilty ?

24          THE FOREPERSON:    Guilty .

25          THE CLERK:    Question  114 .   How do you  find  the

1 defendant , Lavon Dobie , as Count 50 , use of a telephone

2 in furtherance  of the drug conspiracy  on or about May

3 3, 2004 :  Guilty or  Not Guilty ?

4        THE FOREPERSON:    Guilty .

5        THE CLERK:    Count 51 .  Question 115 .  How do you

6 find the defendant , Paulette Martin , as to Count 51 ,

7 use of a telephone  in furtherance  of the drug

8 conspiracy  on or about May 5th 2004 :  Guilty or Not

9 Guilty ?

10        THE FOREPERSON:    Guilty .

11        THE CLERK:    Question 116 .  How do you find the

12 defendant , Learley Reed Goodwin , as to Count 51 , use of

13 a telephone  in furtherance  of the drug conspiracy  on or

14 about May 5th 2004 :  Guilty or  Not Guilty ?

15        THE FOREPERSON:    Guilty .

16        THE CLERK:    Count 52 .  Question 117 .  How do you

17 find the defendant , Paulette Martin , as to Count 52 ,

18 use of a telephone  in furtherance  of the drug

19 conspiracy  on or about May 7, 2004 :  Guilty or  Not

20 Guilty ?

21        THE FOREPERSON:    Guilty .

22        THE CLERK:    Count 53 .  Question 118 .  How do you

23 find the defendant , Paulette Martin , as to Count 53 ,

24 use of a telephone  in furtherance  of the drug

25 conspiracy  on or about May 11, 2004 :  Guilty or  Not

1  Guilty ?

2          THE FOREPERSON:    Guilty .

3          THE CLERK:    Question  119 .   How  do  you  find  the

4  defendant , Lavon  Dobie , as to Count  53 , use  of  a

5  telephone  in  furtherance  of  the  drug  conspiracy  on  or

6  about  May 11 , 2004 :  Guilty or  Not  Guilty ?

7          THE FOREPERSON:    Guilty .

8          THE CLERK:    Count  54 .   Question  120 .   How  do  you

9  find  the  defendant , Paulette  Martin , as  to  Count  54 ,

10  use  of  a  telephone  in  furtherance  of  the  drug

11  conspiracy  on  or  about  May  15 , 2004 :  Guilty or  Not

12  Guilty ?

13          THE FOREPERSON:    Guilty .

14          THE CLERK:    Question  121 .   How  do  you  find  the

15  defendant , Learley  Reed  Goodwin , as  to  Count  54 , use  of

16  a  telephone  in  furtherance  of  the  drug  conspiracy  on  or

17  about  May 15 , 2004 :  Guilty or  Not  Guilty ?

18          THE FOREPERSON:    Guilty .

19          THE CLERK:    Count  55 .   Question  122 .   How  do  you

20  find  the  defendant , Paulette  Martin , as  to  Count  55 ,

21  possession  with  intent  to  distribute  cocaine  on  or

22  about  May 15 , 2004 :  Guilty or  Not  Guilty ?

23          THE FOREPERSON:    Guilty .

24          THE CLERK:    Question  123 .   If  found  the

25  defendant , Paulette  Martin , guilty  as  to  Count  55 , how

1 do you find as to the amount of cocaine attributable to

2 the defendant?

3          It indicates that you should pick one.  Which

4 one did you pick?

5          THE FOREPERSON:   500 grams or more.

6          THE CLERK:   Question 124.  How do you find the

7 defendant, Learley Reed Goodwin as to Count 55,

8 possession with intent to distribute cocaine on or

9 about May 15, 2004:  Guilty or Not Guilty?

10         THE FOREPERSON:   Guilty.

11         THE CLERK:   Question 125.  If you found the

12 defendant, Learley Reed Goodwin, guilty as to Count 55,

13 how do you find as to the amount of cocaine

14 attributable  to the defendant?

15         It indicates that you should pick one.  Which

16 one did you pick?

17         THE FOREPERSON:   500 grams or more.

18         THE CLERK:   Question 126.  How do you find the

19 defendant, Paulette Martin, as to Count 56, possession

20 with intent to distribute heroin, cocaine or cocaine

21 base on or about May 16, 2004:  Guilty or Not Guilty?

22         THE FOREPERSON:   Guilty.

23         THE CLERK:   Question 127.  If you found the

24 defendant, Paulette Martin, guilty as to Count 56, how

25 do you find as to the type of controlled substance

1  involve d?   As to heroin ?

2          THE FOREPERSON:    Yes .

3          THE CLERK:    Cocaine ?

4          THE FOREPERSON:    Yes .

5          THE CLERK:    Cocaine base ?

6          THE FOREPERSON:    Yes .

7          THE CLERK:    Question 128 .   If you found the

8  defendant , Paulette Martin guilty as to Count 56 , and

9  if you found that cocaine base , common ly known as

10  "crack cocaine ," was involve d, how do you find as to

11  the amount of cocaine base attributable to the

12  defendant ?

13          It indicate s that you should pick one .   Which

14  one did you pick ?

15          THE FOREPERSON:    50 grams or more .

16          THE CLERK:    Question 129 .   How do you find the

17  defendant , LaNora Ali, as to Count 56 , possession with

18  intent to distribute heroin , cocaine or cocaine base on

19  or about May 16, 2004 :  Guilty or Not Guilty ?

20          THE FOREPERSON:    Guilty .

21          THE CLERK:    For the record , did you indicate

22  anything under Question 130 ?

23          THE FOREPERSON:    No , we did not .

24          THE CLERK:    Question 131 .   If you found the

25  defendant , LaNora Ali, guilty as to Count 56 or the

1  less er included  offense , how do you  find  as  to  the  type

2  of controlled  substance  involve d?   Heroin ?

3          THE FOREPERSON:    Yes .

4          THE CLERK:  Cocaine  ?

5          THE FOREPERSON:    Yes .

6          THE CLERK:   Cocaine  base ?

7          THE FOREPERSON:    Yes .

8          THE CLERK:   Question  132 .  If  you  found  the

9  defendant , LaNora  Ali ,  guilty  as  to  Count  56  or  the

10  less er included  offense , and  if  you  found  that  cocaine

11  base , common ly known  as  "crack  cocaine ," was  involve d,

12  how  do you  find  as  to  the  amount  of  cocaine  base

13  attributable  to  the  defendant ?

14          It  indicate s  that  you  should  pick  one .   Which

15  one  did  you  pick ?

16          THE FOREPERSON:    50  grams  or  more .

17          THE CLERK:   Count  57 .  Question  133 .  How  do  you

18  find  the defendant , Paulette  Martin , as  to  Count  57,

19  use  of  a telephone  in  furtherance  of  the  drug

20  conspiracy  on or about  May  18, 2004 :  Guilty  or  Not

21  Guilty ?

22          THE FOREPERSON:    Guilty .

23          THE CLERK:   Question  134 .  How  do  you  find  the

24  defendant , Lavon  Dobie , as  to  Count  57, use  of  a

25  telephone  in  furtherance  of  the  drug  conspiracy  on  or

1 about May 18, 2004:  Guilty or  Not  Guilty ?

2          THE FOREPERSON:    Guilty .

3          THE CLERK:    Count  58 .   Question  135 .   How  do  you

4 find  the  defendant , Paulette  Martin , as  to  Count  58 ,

5 use of a telephone  in furtherance  of  the  drug

6 conspiracy  on or about  May 28 , 2004 :  Guilty or  Not

7 Guilty ?

8          THE FOREPERSON:    Guilty .

9          THE CLERK:    Question  136 .   How  do  you  find  the

10 defendant , Reece  Coleman  Whiting , as  to  Count  58 , use

11 of a telephone  in furtherance  of  the  drug  conspiracy  on

12 or about  May 28 , 2004 :  Guilty or  Not  Guilty ?

13          THE FOREPERSON:    Guilty .

14          THE CLERK:    Question  137 .   Count  59 .   How  do  you

15 find  the  defendant , Derrick  Louis  Bynum , as  to  Count

16 59 , possession  of a firearm  in  connection  with  drug

17 trafficking  on or about  June  1st 2004 :  Guilty or  Not

18 Guilty ?

19          THE FOREPERSON:    Guilty .

20          THE CLERK:    Count  60 .   Question  138 .   How  do  you

21 find  the  defendant , Derrick  Louis  Bynum , as  to  Count

22 60 , possession  of a firearm  by -- possession  of  firearm

23 by felon  on or about  June  1st 2004 :  Guilty or  Not

24 Guilty ?

25          THE FOREPERSON:    Guilty .

1          THE CLERK:    Count 61.   Question 139.   How do you

2  find the defendant , Lavon Dobie , as to Count 61,

3  possession  of a firearm  in connection  with drug

4  trafficking  on or about June 1st 2004 :   Guilty or Not

5  Guilty ?

6          THE FOREPERSON:    Guilty .

7          THE CLERK:    Count 62.   Question 140.   How do you

8  find the defendant , Paulette  Martin , as to Count 62,

9  possession  with intent  to distribute  cocaine  base on or

10  about June 1st 2004 :   Guilty or  Not Guilty ?

11          THE FOREPERSON:    Guilty .

12          THE CLERK:    Question 141.   If you found  the

13  defendant , Paulette  Martin , guilty as to Count 62, how

14  do you find as to the amount  of cocaine  base

15  attributable  to the defendant ?

16          It indicate s you should  pick one .   Which one did

17  you pick ?

18          THE FOREPERSON:    Five grams  or more .

19          THE CLERK:    Thank you .

20          Would  either  counsel  like the jury poll ed?

21          MR. MONTEMARANO :   We would , Your  Honor .

22          MR. MCKNETT :   Yes .

23          THE COURT:    Poll the jury .

24          BY THE CLERK:

25  Q.     Will  the foreperson  please  rise ?

1          Having heard the verdict questions as read by
2  the clerk and answered by you, the foreperson, are
3  those your verdicts?
4  A.       Yes, it is.
5  Q.       Thank you.  You may be seated.
6          Would the next juror please rise?  Having heard
7  the verdict questions as read by the clerk and answered
8  by your foreperson, are those your verdicts also?
9  A.       Yes, they are.
10 Q.       Thank you.  You may be seated.
11         Would the next juror please rise?  Having heard
12 the verdict questions as read by the clerk and answered
13 by your foreperson, are those your verdicts also?
14 A.       Yes, it is.
15 Q.       Thank you.  You may be seated.
16         Would the fourth juror please rise?  Having
17 heard the verdict questions as read by the clerk and
18 answered by your foreperson, are those your verdicts
19 also?
20 A.       Yes, they are.
21 Q.       Thank you.  You may be seated.
22         Would the next juror please rise?  Having heard
23 the verdict questions as read by the clerk and answered
24 by your foreperson, are those your verdicts also?
25 A.       Yes, it is.

1 Q.      Thank you.   You may be seated.

2       Would the next juror please rise?  Having heard

3 the verdict questions as read by the clerk and answered

4 by your foreperson, are those your verdicts also?

5 A.      Yes, they are.

6 Q.      Thank you.   You may be seated.

7       Would the next juror please rise?  Having heard

8 the verdict questions as read by the clerk and answered

9 by your foreperson, are those your verdicts also?

10 A.      Yes, they are.

11 Q.      Thank you.   You may be seated.

12       Would the next juror please rise?  Having heard

13 the verdict questions as read by the clerk and answered

14 by your foreperson, are those your verdicts also?

15 A.      Yes, they are.

16 Q.      Thank you.   You may be seated.

17       Would the next juror please rise?  Having heard

18 the verdict questions as read by the clerk and answered

19 by your foreperson, are those your verdicts also?

20 A.      Yes.

21 Q.      Thank you.   You may be seated.

22       Would the tenth juror please rise?  Having heard

23 the verdict questions as read by the clerk and answered

24 by your foreperson, are those your verdicts also?

25 A.      Yes, they are.

1  Q.       Thank you.   You may be seated.

2          Would the next juror please rise?   Having heard

3  the verdict questions as read by the clerk and answered

4  by your foreperson, are those your verdicts also?

5  A.       Yes, they are.

6  Q.       Thank you.   You may be seated.

7          Would the twelfth juror please rise?   Having

8  heard the verdict questions as read by the clerk and

9  answered by your foreperson, are those your verdicts

10  also?

11  A.       Yes, they are.

12  Q.       Thank you.   You may be seated.

13          THE CLERK:    Shall I harken the jury?

14          THE COURT:    Yes.

15          THE CLERK:    Members of the jury, harken to the

16  verdicts as the court hath recorded them:   The

17  questions and answers there to having been read, you and

18  each of you have answered them as said by your

19  foreperson, and so you say all?

20          JURY:   (Affirmative responses.)   "Yes."

21          THE CLERK:    Thank you.

22          Verdict recorded, Your Honor.

23          THE COURT:    All right.   Counsel, approach the

24  bench.

25                  (At the bar of the court.)

1          THE COURT:   Is there a motion as to Ms. Harden?

2   Are you moving for a mistrial?   You're on a roll.   Your

3   motion is granted.   I will grant a mistrial as to Ms.

4   Harden.

5          MS. JOHNSTON:   Your Honor, the government would

6   request that the court make an inquiry of the foreman

7   concerning Ms. Harden so that counsel can make a --

8          THE COURT:   Counsel, what I'm going to do now is

9   --

10          MS. GREENBERG:   For the record, Mr. Sussman has

11   no objection to the court finding out the number

12   breakdown aiding counsel in the next step.

13          THE COURT:   Your objection is noted.

14          MS. GREENBERG:   No.   There is no objection.

15          THE COURT:   He has no objection?

16          MS. GREENBERG:   No objection.

17          THE COURT:   I misunderstood.   It's hard to hear.

18          I think it would be of help to both sides to

19   know the breakdown.

20          MS. JOHNSTON:   It would be.

21          THE COURT:   Counsel, what I'm going to do now is

22   these jurors need to go home.   I'm going to set

23   sentencing dates.   My practice is to meet with the

24   jurors personally and thank them.   I'm going to do

25   that, and I'm going to ask that counsel and the parties

1  remain  in  the  courtroom .   It  will  take  me  five  minute s

2  to  go  back  and  thank  them  and  send  them  on  their  way ,

3  and  I  will  do  that ,  and  then  off  you  go .

4                    (Back  in  open  court .)

5          THE  COURT:   Ladies  and  gentlemen  ,  there  was  a

6  famous  phrase  that  Gerald  Ford  said  when  he  pardoned

7  Richard  Nixon :  " Our  long  national  nightmare  is  over ."

8  You  are  finish ed.   You  are  conclude d.   You  are

9  dis charge d.   You  may  go  home ,  and  you  are  free .

10         I  would  like  to  ask  you  to  go  back  to  the  jury

11  room ,  because  I  would  like  to  come  back  and  personally

12  thank  each  and  every  one  of  you  myself .   I  have  other

13  matter s  to  attend  to ,  so  I  will  only  be  able  to  meet

14  with  you  brief ly ,  but  I  would  like  to  thank  you  from

15  the  bottom  of  my  heart  on  behalf  of  the  court  for  your

16  extraordinary  devotion  to  the  significant  under taking

17  that  this  trial  remit ted.   So ,  you  may  go  back  to  the

18  jury  room  and  I'll  be  right  back .

19         Counsel  and  the  parti es  and  spectat ors  are

20  direct ed  to  remain  in  the  courtroom .   Do  not  depart  the

21  courtroom .   I  want  to  give  the  juror s  a  chance  to  meet

22  with  me  and  then  depart  the  courthouse .

23                    (Jury  excused  at  5:51  p.m.)

24                    (Off  the  record  at  5:51  p.m.)

25                    (On  the  record  at  6:02  p.m.)

1          THE COURT:   Counsel, I need to establish

2   sentencing dates.  Before I begin this process of

3   sentencing dates with you, does any counsel believe

4   that more than one hour would be required for the

5   sentencing of his or her client?

6          MS. JOHNSTON:   Absolutely, Your Honor.  I

7   believe we have to deal with forfeiture issues, and the

8   court will have to set a hearing in for forfeiture

9   matters.  I would suggest that the court set aside a

10  full day.

11         THE COURT:   For each defendant?

12         MS. JOHNSTON:   No.  For perhaps handling the

13  forfeiture issues, as well as the sentencings at one

14  time on one day.

15         THE COURT:   Let me see if I can find a day

16  that's wide open.  It's going to be a while.

17         MS. JOHNSTON:   I can appreciate that, Your

18  Honor.

19         Your Honor is going to hear Rule 33 motions from

20  me on 55 counts.  Let's just say I'm betting that it

21  will be a little longer than an hour.

22         THE COURT:   Let's see if we can find a date.

23         I mean, the only way I'm going to be able to do

24  something in the normal sequence of things is going to

25  be if I double book and see if I can eliminate

1 something .

2        MS. GREENBERG:   Your Honor , can I suggest  we

3 just  consult  your  chamber s  as  to  appropriate  date s?

4        THE  COURT:   I want  to  get  these  order s  entered .

5 I'll  just  pick  a  date .  I'll  find  one .

6        How  is  December  19?  All  day ,  for  all

7 sentencings  of  all  defendant s?

8        MR.  MARTIN:   Your  Honor ,  for  the  record ,  Anthony

9 Martin .  I'm  in  trial  before  Judge  Williams  on  the

10 nineteenth .  Well ,  the  trial  start s  on  the  fourth  and

11 it's  expected  to  last  through  December  22nd .

12        THE  COURT:   We're  going  to  have  to  go  to  January

13 then .

14        What  about  January  2nd ?

15        MS.  JOHNSTON:   Your  Honor ,  I don't  think   that 's

16 a  good  day  for  the  government ,  because  the  court  know s

17 that  I'm  start ing  a  three -defendant  multiple  murder

18 drug  conspiracy  trial  the  next  day .

19        THE  COURT:   You  create d  that  opening  for  me  and

20 now  you  won't  let  me  use  it .

21        MS.  JOHNSTON:   No .  I agreed  to  give  defense

22 counsel  that  one  day  after  the  holida ys  to  prepare .

23        THE  COURT:   That  case  last s  for  how  long ?

24        MS.  JOHNSTON:   I think  the  court  said  it  goes

25 through  February  23 .

1          MR. MONTEMARANO :   Your  Honor , could  it  be
2  possible  that  we  do  post-trial  motion s  and  forfeiture
3  on  a  sooner  date  and  then  the  sentencings   down  the
4  road ?
5          MS. JOHNSTON:    That  would  be  agreeable   to  the
6  government .
7          MR.  MONTEMARANO :   We  can  do  all  the  other  stuff
8  in  advance  of  the  PSRs  being  complete d.   It  seem s  that
9  the  sentencings  might  not  be  quite  as  involve d -- I  was
10 speak ing  to  the  length  of  post-trial  motion s.   In  that
11 there  are  851  notice s  on  the  table , it  seem s  that
12 sentencings   won't  be  quite  as  extend ed  as  otherwise .
13         THE  COURT:   Yeah .
14         MS.  JOHNSTON:    I  guess  the  court  could  try  to  do
15 it  on  Friday , September  29, which  is  the  third  day  of
16 the  third  week  of  the  Martin  insurance  fraud  trial .
17         THE  COURT:    What 's  the  date  again ?
18         MS.  JOHNSTON:    September  29.  I don't  know   if
19 that 's  a  religious   holiday .
20         MR.  MONTEMARANO :   No.   Rosh  Hashanah  is  the  week
21 before .
22         I don't  think   the  defense  will  have  all  of  its
23 post-trial  motion s  complete   and  have  time  for  the
24 government   to  respond .
25         THE  COURT:   Yeah .   That 's  kind  of  fast .   How

1 much time do you believe would be required for the

2 post-trial motions and forfeiture?  All day.

3        MR. MONTEMARANO:   Better part of.

4        MS. JOHNSTON:   I think the court has had some

5 experience with the attorneys in this case to know that

6 they don't tend to be short.

7        THE COURT:   That includes you.

8        MS. JOHNSTON:   I don't believe so, Your Honor.

9 If we did a word-for-word comparison, I think the

10 government would be closer to the bottom of that list.

11        THE COURT:   I already asked about this date and

12 somebody didn't like it.

13        No, I can't do that.

14        Well, I'll tell you what I'm going to do.  My

15 schedule is an unbelievable mess.  I can take some

16 civil cases and just move them off the calendar

17 somewhere else to get this done.

18        What does December 4 look like?

19        MR. MONTEMARANO:   That's the day Mr. Martin

20 begins --

21        MR. MARTIN:   I begin my trial on December 4th.

22        THE COURT:   Oh, you begin the trial.

23        MR. MARTIN:   December 4 before Judge Williams.

24        THE COURT:   He's starting it on a Monday?

25        MR. MARTIN:   That's what I have here.  I have,

1  "December  4, '06, Jair Francis  trial ."  I don't know  if

2  that 's when he's going  to do pretrial  or -- I  just  know

3  I've got  December  4 through  December  22 block ed off.

4          THE  COURT:   He's probably  gone for  the  day .

5          MS.  JOHNSTON:   Your Honor , could  the court  maybe

6  do it on the Thanksgiving  week ?  I don't know  if the

7  court has some day s available .

8          THE  COURT:  Let me take  a look .

9          MS.  JOHNSTON:   November  20 or  21.

10         THE  COURT:  I can't  do November 20th  because  I'm

11 return ing from  out  of  the  country .

12         November  21st  is open .

13         MR.  MONTEMARANO :   I'm good  on November 21st  .

14         THE  COURT:   Tuesday , November  21 for post -trial

15 motion s and forfeiture  allegation s?

16         MR.  SUSSMAN :  I don't think  I'm involve d.

17         THE  COURT:  I think  you're  out of this fight .

18         MR.  SUSSMAN :  Right .  We may need a status  date ,

19 and we can do that much earlier  -- sometime  in

20 September  -- just to  see what's  what .

21         THE  COURT:  I can do that  with  just  you and the

22 government .

23         MR.  SUSSMAN :  That 's exact ly right .

24         THE  COURT:  Get her on the phone  and call my

25 office  and get a  time .  We'll  have  a telephone

1 conference call any time you want. Pick a time with my

2 office. You can go home. You're finished.

3          Tuesday, November 21 for post-trial -- hearing

4 on post-trial motions and forfeiture allegations, all

5 right? I'll do that at 9:30.

6          MR. MONTEMARANO: Your Honor, so the record is

7 clear, I'll be filing a motion in blank form under

8 Rules 29 and 33, probably as early as Tuesday or

9 Wednesday of next week.

10          THE COURT: You mean one that doesn't tell me

11 anything.

12          MR. MONTEMARANO: Absolutely. It will tell you

13 nothing except maybe count numbers, but there will be

14 -- within a week to ten days after that a rather

15 extended one.

16          THE COURT: The real thing.

17          MR. MONTEMARANO: It will probably be something

18 like *War & Peace*, only bigger.

19          THE COURT: Yes.

20          MR. MONTEMARANO: That being said, that all

21 depends on whether or not we're in trial. That was

22 something else we were going to discuss today, the

23 trial on September 12.

24          MR. SUSSMAN: Judge, I'm sorry. My client and I

25 are going to take your advice, and we are going to

1  leave.

2         THE  COURT:   You  are  free  to  go,  sir.

3         She  remains  on  her  existing  conditions  of

4  release.

5         Are  we  all  in  agreement,  that  assuming  that  we

6  go  through  the  forfeiture  allegations  and  the  post-

7  trial  motions  on  November  21,  that  I  could  pick  a  whole

8  slew  of  one  hour  slots?

9         MR.  MONTEMARANO:   Yes,  Your  Honor.

10        THE  COURT:   It's  going  to  be  a  lot  more  flexible

11  for  me  to  do  that.

12        MS.  JOHNSTON:   Yes.

13        MR.  MONTEMARANO:   We  agree,  Your  Honor.

14        THE  COURT:   Let  me  find  some  one  hour  slots.

15  I'll  start  with  you,  Mr.  Montemarano.

16        MR.  MONTEMARANO:   I'm  very  flexible,  Your  Honor.

17  I'll  be  the  easy  one.   You  might  want  to  bid  some  of

18  these  dates  out  for  other  people.   I  have  no  trials

19  scheduled  between  now  and  the  end  of  the  year.

20        THE  COURT:   You  lucky  devil.

21        MR.  MONTEMARANO:   Excuse  me.   Excepting  the  one

22  on  September  12.

23        THE  COURT:   Okay.

24        MS.  JOHNSTON:   Your  Honor,  if  I  might  suggest.

25  The  court  was  going  to  use  December  19  for  an  all  day

1  session.  I think  only  Mr.  Martin  had  a  problem  with

2  that  day.

3           THE  COURT:   That's  right.   You're  correct.

4           MS.  JOHNSTON:   You  could  set  in  a  number  of  them

5  on  that  day.

6           THE  COURT:   How  about  we  do  some  sentencings  on

7  December  19?  I'll  do  Ms.  Martin  at  9:30  on  December  19

8  --

9           MR.  HALL:   I'm  available,  Your  Honor.

10          THE  COURT:   Okay.   I  will  do  Mr.  Whiting  at

11  10:30.

12          Mr.  Bynum  at  11:30?  Is  that  all  right,  Mr.

13  Mitchell?

14          MR.  MITCHELL:   Yes,  Your  Honor.

15          THE  COURT:   I'll  take  a  lunch  break.

16          How  about  Ms.  Dobie  at  1:00?  Is  that  all  right,

17  Mr.  Ward?

18          MR.  WARD:   Yes,  sir.   That's  fine,  sir.

19          THE  COURT:   And  Ms.  Ali  at  2:00?  Does  that

20  work?

21          MR.  MCKNETT:   Yes,  Your  Honor.

22          THE  COURT:   What  is  the  government's  position

23  with  respect  to  Ms.  Ali  remaining  on  release  status?

24          MS.  JOHNSTON:   Your  Honor,  I  believe  that

25  Statute  3143  requires  that  Ms.  Ali  be  detained  at  this

1  time , absent  exceptional , extraordinary  circumstance s.

2  I don't believe  there  are  any  such  circumstance s in

3  this  case , much  the  same  as  it  was  with  Ms. Johnson  and

4  Mr. Scott  who  were  out  on  bond  during  the  first  trial .

5  Likewise , I think  Mr. Scott  had  no  prior  convictions  as

6  well .  So , we  would  ask  the  court  to  order  her  detain ed

7  at  this  time , based  on  the  convictions  and  the  jury's

8  verdict .

9        THE  COURT:   Mr. McKnett ?

10        MR. MCKNETT :  Your  Honor , Ms. Ali  has  attend ed

11  every  single  court  session  without  even  being  one

12  minute  late .  Mr. Langston , from  Pretrial , has

13  recommend ed  --  I think  the  court  may  have  a copy  of

14  this  letter  date d  August  8 in  which  he  says  that  she

15  has  report ed  as  direct ed , sought  permission  before

16  traveling ; all  of  her  urine  specimen s have  been

17  negative .  He  recommends  that  she  be  continued  on  the

18  current  condition s.

19        Ms. Ali  has  matter s that  --  she  would  like  to

20  address  her  employ ment  situation .  She  needs  to  re sign

21  from  her  job , obvious ly.  I think  there  is  very  little ,

22  if  any , risk  or  even  suspicion  that  Ms. Ali  would  not

23  report  as  the  court  would  direct .  I would  ask  the

24  court  to  find  that  her  circumstance s are  such  that  they

25  allow  the  court  to  allow  her  to  self- report  at  a date

1  to be set by the court .  Ms. Ali is not asking for a

2  long time , but she has matter s in her life that need to

3  be address ed.

4         Her mother is visiting with her , and she needs

5  to make sure that her mother is taken care of .  She

6  needs to resolve her issue s at work .  There are -- she

7  needs to transfer property -- funds from her name and

8  her bank account s to her husband .  She can do that

9  within a relative ly short period of time .

10        Ms. Ali, I think , will stand up here and swear

11  to the court that she will follow whatever direction

12  the court gives her as far as report ing.  I would ask

13  the court to allow her to do that .

14        MS. JOHNSTON:   Your Honor , the circumstance s

15  that Ms. Ali has just describe d are no different from

16  any other individual who 's been work ing and on release

17  and has been convict ed.  Quite frankly , I don't believe

18  that the court has much discretion in this because of

19  Title 18, Section 3143(a)(2) that says that the

20  judicial officer shall order that a person who has been

21  found guilty of an offense in a case describe d in

22  subparagraph (a), (b) or (c)  of subsection (f)(1) of

23  Section 3412, and the drug conspiracy involving 50

24  grams or more of crack carri es a maximum sentence of

25  life -- it is one of those penalties -- and is await ing

1  imposition  of  sentence  shall  be  detained,  unless  the

2  court  finds  there's  a  substantial  likelihood  that  a

3  motion  for  acquittal  or  new  trial  will  be  granted  or  an

4  attorney  for  the  government  has  recommended  that  no

5  sentence  of  imprisonment  be  imposed  on  the  person.

6  Again,  this  crime  carries  a  mandatory  minimum  sentence

7  of  ten  years  in  prison  and  if  the  court  finds  by  clear

8  and  convincing  evidence  that  the  person  is  not  likely

9  to  flee  or  pose  a  danger.

10        I  don't  have  any  disagreement  with  what  Mr.

11  McKnett  has  said  in  terms  of  whether  or  not  she's  a

12  danger  to  the  community  or  likely  to  flee.   However,

13  there  certainly  is  --  I  don't  believe  the  court  is

14  going  to  find  that  there's  a  substantial  likelihood

15  that  the  court  would  now  grant  a  motion  of  acquittal  or

16  new  trial  in  as  much  as  the  court  has  denied  the

17  motions  prior  to  the  submission  to  the  jury.

18        The  only  possible  way  to  get  around  that

19  provision  is  under  3145(c),  which  references  if  it  is

20  clearly  shown  that  there  are  exceptional  reasons  why

21  such  person's  detention  would  not  be  appropriate.

22  Certainly  Ms.  Ali  can  sign  any  transfer  of  asset  papers

23  from  her  place  of  detention.   Her  husband  is  here.   He

24  certainly  can  deal  with  any  issues  with  her  mother.   As

25  I  said,  I  believe  the  court  should  treat  her  just  as

1 the court has treated other people.

2      Mr. Scott was concerned about his minor children

3 and wanting to make arrangements for them.  He had

4 employment he had to leave.  Likewise, he had no prior

5 record.  We would ask the court to follow the

6 provisions of 3143 and order her detained.

7      THE COURT:  All right.  I will direct that she

8 be detained.

9      MR. MCKNETT:  Your Honor, may I just respond?

10      THE COURT:  Yeah.

11      MR. MCKNETT:  As the court may recall, Ms. Ali's

12 husband does not drive.  All of the property that they

13 own is in her name, not in his name.  Ms. Ali is not

14 asking for a lengthy period of time, Your Honor.  Just

15 a couple of days would be -- next Tuesday would be more

16 than sufficient for her to transfer all the property

17 and to arrange for her mother to return to New Jersey.

18      Ms. Johnston has admitted that there is nothing

19 -- there is no risk that Ms. Ali is a risk flight or

20 danger to the community.  Ms. Ali has come to court

21 every single day since June 6 without any problems.

22 She has not imposed any burden on the court at all, and

23 all she is asking for is a matter of about 72 hours to

24 tidy up issues in her life that need to be tidied up

25 before she goes into custody.  If the court wants to do

1 something different, the court could put her on

2 electronic monitoring if the court is concerned at all.

3          MS. JOHNSTON:   I hate to sound coldhearted, but

4 the truth of the matter is that the law says what the

5 law says. These are not exceptional circumstances.

6 Furthermore, this woman has had 12 weeks -- 11 or 12

7 weeks since this trial started -- knowing the potential

8 penalty she was facing, she had plenty of time to put

9 her paperwork in order. What we're asking the court to

10 do is follow the law and treat her as the court has

11 treated other similar defendants in this case. There

12 is nothing unique about Ms. Ali's situation.

13          MR. MCKNETT:   As Ms. Johnston has pointed out,

14 Your Honor, the law gives the court discretion. I'm

15 simply asking the court to exercise its discretion for

16 a short period of time.

17          THE COURT:   I've concluded that to the extent

18 that I have the discretion, I'm not going to exercise

19 it. I believe the statute is fairly clear, and I'm not

20 able to find by clear and convincing evidence that

21 she's not likely to pose a danger to any other person

22 or flee. Accordingly, I'm going to enter an order of

23 detention pending sentencing.

24          Mr. Goodwin -- his sentencing date can't be

25 December 19th. Mr. Martin, I know that Judge Williams

1    isn't going to sit five days a week.  It may be an

2    extraordinary case that he's beginning it on December

3    4th, but --

4         MR. MARTIN:  Let me do this, Your Honor.

5    Tomorrow morning, first thing, let me call his chambers

6    and make sure that I haven't made an error here, since

7    you've pointed out that Monday is the fourth.  It could

8    also be that out of an abundance of caution I just

9    blocked off the day before the trial was to begin and a

10   day or two after it.  Sometimes I do that.

11        THE COURT:  One other suggestion I have is, I

12   could set your client's sentencing on December 19th at,

13   like, 4:30 and probably not interfere with this case at

14   all.  Would that work?

15        MR. MARTIN:  That would work.  Any day, really,

16   at 4:30.

17        THE COURT:  Let me do this.  Let me set your

18   client's sentencing for 4:30.

19        All counsel should know I'm going to enter this

20   order.  If it turns out these dates will not work for

21   somebody, contact my chambers and we will work a new

22   date out, but I don't like to have undisclosed

23   sentencing orders with no date in them.

24        With respect to Paulette Martin, I'm setting it

25   for 9:30 a.m. on December 19.  I'm not going to reel

1  off all the dates in all of these orders for everybody

2  here, but the first date that is reflected in terms of

3  when a PSR is required to be prepared is October 17.

4  So, that's done for Ms. Martin.

5           For Mr. Whiting it's 10:30 a.m. on December 19.

6           I believe that covers everything.

7           MS. GREENBERG:   Judge, can I bring up one

8  additional matter?

9           THE COURT:  Yes, ma'am.

10          MS. GREENBERG:   We were discussing, while the

11 court was with the jury -- we have a September 12 trial

12 pending before this court with certain of these

13 defendants.

14          THE COURT:   Which of the defendants in common

15 is that case?  I forget.

16          MS. GREENBERG:   Your Honor, we have Ms. Martin,

17 Mr. Goodwin, Ms. Dobie and Ms. Ali.

18          THE COURT:   Okay.

19          MS. GREENBERG:   We've discussed with Mr. Martin,

20 in light of the situation with his client, that we will

21 not be proceeding against Mr. Goodwin and we will

22 dismiss those charges relating to the insurance fraud.

23          THE COURT:   As to Mr. Goodwin?

24          MS. GREENBERG:   As to Mr. Goodwin.

25          We are prepared to proceed to trial on September

1  12 as to Ms. Martin, even though her exposure is

2  similar to Mr. Goodwin's. It just doesn't make sense

3  without Ms. Martin, and to proceed without Ms. Martin

4  wouldn't make sense. It would be Ms. Martin, Ms. Dobie

5  and Ms. Ali. I've told all counsel we are prepared to

6  also dismiss the insurance fraud charges against all of

7  those defendants and not proceed to trial.

8       However, if the case is remanded from the Fourth

9  Circuit on the drug case, we would like to have the

10 opportunity to reinstate those charges. We don't want

11 to dismiss the charges if we don't have that agreement

12 back from the defendants and defense counsel. That's

13 the situation we're at. We've been discussing this

14 matter with counsel for a couple of weeks.

15      THE COURT:  What I was going to do before I even

16 came on the bench today was, depending on what the

17 verdict was, was to have my law clerk contact counsel

18 and arrange a telephone conference call in the next few

19 days to talk about what is going to be the status of

20 part four of this case.

21      MS. GREENBERG:  That is the status, Your Honor.

22 We're just waiting to hear back.

23      THE COURT:  If you can continue and you can try

24 to conclude your discussions about that, you would also

25 give me back the month of September to recover.

1          MS. GREENBERG:   The discussion s have been --
2   I've talk ed about it for the last two week s.  I don't
3   know what their position is.
4          THE COURT:   I think counsel have to react to
5   what's happen ed to day.  I'm not going to put people on
6   the spot to resolve that question right now, but
7   certain ly if you can do that, that would be fine.  If
8   you want me to pick a date for a conference  call right
9   now, we can do that.
10         MS. GREENBERG:   We have witness es subpoena ed,
11  Your Honor, and we have jury instructions and  voir dire
12  prepared.  Maybe Tuesday morn ing?
13         THE COURT:   Not in the morn ing, but I could
14  certain ly do -- how about 4 o'clock on the fifth?
15         MR. MONTEMARANO :   Court 's indulgence, please.
16         THE COURT:   Is that agreeable for counsel for
17  those for --
18         MR. WARD:   I'm sorry?
19         THE COURT:   September 5th -- next Tuesday at
20  4:00 p.m.
21         MR. WARD:   Yeah.  I'm going to be -- I mean,
22  yeah.  I've got to go down to Wicomico County on
23  another case, but I will make myself available at 4
24  o'clock on my cell phone.
25         THE COURT:   Okay.  Contact my law clerk.

1          Anybody  else  have  a  problem  with  that  time ?

2          MS.  GREENBERG:    Mr.  McKnett ?

3          MR.  MCKNETT:    I'm  available .

4          MS.  GREENBERG:    Your  Honor ,  should  we  ask  the

5   marshals  to  bring  up  the    three  defendant s  so  that

6   counsel  can  consult  with  them ,  and  perhaps  we  can  do

7   something  on  the  record  if  something  is  resolve d

8   satisfactorily ?

9          THE  COURT:    All  right .   I'll  request  then  that

10  the  marshals ' office  bring  back  the  --

11         MS.  GREENBERG:    I  want ed  to  make  sure  that 's

12  okay  with  counsel .

13         MR.  WARD:    As  I  said ,  I  will  be  on  the  phone .   I

14  can't  --  I  won't  be  here .

15         MS.  GREENBERG:    Would  you  be  able  to  be  back

16  here  if  the  court  want ed  to  do  something  on  the  record ?

17         MR.  WARD:    My  meet ing  is  at  2  o'clock  in

18  Wicomico  County ,  and  I  expect  that  to  take  an  hour  at

19  least ,  and  it  would  take  me  more  than  an  hour  to  drive

20  back  here .

21         MS.  GREENBERG:    Mr.  Ward ,  would  you  have  an

22  opportunity  to  find  out  your  client 's  position  before

23  the  telephone  conference ?

24         MR.  WARD:    Not  before  Tuesday .

25         MS.  GREENBERG:    Then  it  won't  be  of  much  use ,

1 Your Honor.

2       THE COURT:   Let's do it a different day then.

3       What does Wednesday look like?

4       MR. WARD:   Your Honor, my client has said to me

5 throughout and is now indicating that she wants a

6 speedy trial.   She wants to go to trial on September

7 12th.

8       MS. GREENBERG:   Your Honor, I don't know that

9 she understands.   We're dismissing the charges if she

10 agrees to extend this.

11       MR. WARD:   We've been through all that.   I'm

12 just telling you what she says.   My response has been

13 October 3 I'm going to be on an airplane going to

14 England.   I don't care a what's happening anywhere

15 else, frankly.

16       THE COURT:   All right.   Counsel, can you -- can

17 we have an in court status conference about this on

18 Wednesday, the sixth?

19       MR. WARD:   Yes, sir.

20       MR. MONTEMARANO:   At the court's pleasure.

21       THE COURT:   All right.   I have a guilty plea at

22 10 o'clock on the sixth that won't take long.

23       How about 11 o'clock?

24       MR. WARD:   I had planned to come down anyway.

25 There's an MS-13 which I'm not directly involved in,

1  but I was going to be down here to observe .  I'm in a

2  second aspect of that case .

3          Wednesday the sixth at 11:00 ?

4          THE COURT:   11 o'clock .

5          MR. MONTEMARANO:   Which courtroom ?  Your Honor ,

6  if you can have chambers ring us and let us know .

7          THE COURT:   It will be on the court calendar .  I

8  can tell you right now it will be this courtroom ,

9  because Judge Messitte began a case in 2A, and he told

10  me it would take at least two more days of next week to

11  conclude it .  Next Wednesday he's going to be in 2A.

12          MR. MONTEMARANO:   Otherwise , there could be a

13  note outside ?

14          THE COURT:   No, you will find it .

15          All right .  Then I will have an in court status

16  conference with the defendant s present on Wednesday ,

17  September 6 at 11 o'clock .

18          MS. GREENBERG:   What time , Your Honor ?

19          THE COURT:   11:00 a.m.

20          You will be trail ing a guilty plea that I have

21  at 10:00 .

22          Is there anything further , counsel ?

23          MS. GREENBERG:   No.  Thank you , Your Honor .

24          THE COURT:   Counsel , I want ed to thank you all

25  again for an extraordinarily professional job .  I

1  wanted to thank all counsel again for an

2  extraordinarily professional job of handling this case

3  from both sides.  It's been a pleasure to -- you can

4  call it -- preside over this case with such good

5  lawyers, and it's been a wonderful summer.  Thank you

6  all, counsel.

7                     (Off the record at 6:31 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          **CERTIFICATE**

2

3       I, Tracy Rae Dunlap,   RPR , CRR , an Official Court

4  Reporter for the United States District Court of

5  Maryland, do hereby certify that I reported, by machine

6  shorthand, in my official capacity, the proceedings had

7  and testimony adduced upon the Jury Trial Proceedings

8  in the case of UNITED STATES OF AMERICA versus PAULETTE

9  MARTIN, et al, Criminal Action Number RWT-04-0235 on

10 August  31 , 2006.

11

12      I further certify that the foregoing    66 pages

13 constitute the official transcript of said proceedings,

14 as taken from my machine shorthand notes, of said

15 proceedings.

16

17      In witness whereof, I have hereto subscribed my

18 name, this 18th day of March 2008.

19

20

21                              _____

22                              TRACY RAE DUNLAP, RPR , CRR
                                OFFICIAL COURT REPORTER
23

24

25