# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND  20770  
301-344-0052

## M E M O R A N D U M

TO:     Counsel of Record  
        Clerk of the Court

FROM:   Judge Roger W. Titus

RE:     *United States of America v. Lavon Dobie*  
        Criminal Case No. 04-235

DATE:   May 19, 2008

\* \* \* \* \* \* \* \* \* \*

On April 24, 2008, the Court received correspondence from Defendant Lavon Dobie in chambers. Defendant is reminded that all filings with the Court must be addressed to the Clerk of the Court, at the Courthouse address, not to the undersigned. Additionally, all such filings must be served on all parties to the case.

In order to prevent the need for additional correspondence on this occasion, the Clerk of the Court is hereby **DIRECTED** to docket Defendant Dobie's letter as miscellaneous correspondence. The Clerk shall **MAIL** a copy of this Order and Defendant Dobie's letter to the Government, and to her last known counsel, Mr. Alan Dubois, Esq., Office of the Federal Public Defender, 150 Fayetteville Street, Suite 450, Raleigh, North Carolina 27601.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

ROGER W. TITUS  
UNITED STATES DISTRICT JUDGE

Cc:   Lavon Dobie