La'Von Dobie                              *

                                          *

v                                         *        Criminal No. RWT 04-0235

                                          *

United States of America                  *        RECEIVED IN THE CHAMBERS OF
                                                        ROGER W. TITUS

                                                        APR 2 4 2008

                    * * * * *                      UNITED STATES DISTRICT JUDGE

1. The Defendant La'Von Dobie, objects to ruling/order denying the "Pro Se Motion for Reduction of Sentence (Paper No 1176) Relating to 3582(c)(2) Crack Cocaine Amendment 706/Criminal History Reduction 702/706/710/711

2. The defendant indeed feels her motions have merit/that the "Sentence Commission granted the sentencing Judge discretion to reduce cocaine base (crack) related offenses./Amendment 706 made "no stipulation whatsoever Relating to pending Appeals for this reasons/others defendants objects.

3. Defendant became aware of the "Obstruction of Justice" two (2) point level increase/injustice via of the governments: Motion to Dismiss due to lack of Jurisdiction/Subject Matter (Response to defendants motion for A Sentence Reduction. *Please Consider All Previously Submitted documents As well (Supplemental/etc.)

4. "Injustice Cannot be denied" The government clearly admitted their "mistake of Law which caused this defendant to receive two (2) Additional points unjustly. A judge or juror can only convict or sentence one in A court or law for the Reason I object As well, the Honorable Judge Titus, indeed should have the authority to correct the self Admitted injustice of the government which the Pre Sentence reports and base level offense confirms!

In spite of the informal nature of this document, Please consider it As A Motion of objecting the denial of paper no. 1176.

Respectfully Submitted

La'Von Dobie
# 38360-037
April 19, 2008

La'Von Dobie # 38360-037
SFF - Hazelton - JZ 103 L
P.O. Box 3000