INMATE NAME: La'Von Dobie
REGISTER NO. 38368-037
UNITED STATES PENITENTIARY - HAZELTON
P.O. BOX 2000 J72-1032
BRUCETON MILLS, WEST VIRGINIA 26525

United States District Court of Maryland
c/o Honorable Judge Roger W. Titus
6500 Cherrywood Lane
Greenbelt, Maryland