RECEIVED IN THE CHAMBERS OF ROGER W. TITUS
AUG 0 7 2008
UNITED STATES DISTRICT JUDGE

August 4, 2008

Honorable Judge Titus:

I'm writing to humbly ask that a court appointed attorney be assigned to represent me "LaVon D. Parker-Dobie" in case # 04-0235. Your Honor, I strongly feel/know in my heart my constitutional rights have been violated and you indeed have jurisdiction over the subject matter due to my conviction not being yet affirmed nor remanded back to you for further proceedings by the Court of Appeals!

I will definitely be submitting motions for a criminal history reduction / crack cocaine deduction in a few weeks after I'm appointed legal representation by the courts, in which I'm requesting now due to the vast amount of errors made in my criminal history calculation / PSI as well as my being denied a two level deduction in which I'm entitled to by law.

Once again, I'm requesting legal representation in this matter, in addition to the appeals attorney I have been appointed in North Carolina. I'm in need of a local attorney to represent in Greenbelt, Maryland to appear before Honorable Judge Titus, for the correction of the numerous errors made in my criminal history calculation and a oral argument for sentence reduction "Crack Cocaine Amendment" in which I'm entitled to by law due to the weight of crack I was convicted of (5) grams.

In spite of the informal nature of this document please view this as a motion / legal binding document

Respectfully

LaVon Dobie #38360 037
SFF - J2 103L
P.O. Box 3000
Bruceton Mills, WV 26525