IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *

v.                                  *      Criminal No. RWT 04-0235

LAVON DOBIE, a/k/a Becky Parker,
a/k/a Theresa Waller,               *
a/k/a Dobie Parker,
                                    *
* * * * * * *

## ORDER

The Court received in chambers correspondence from Defendant Lavon Dobie on August 7, 2008. The Court will construe the letter as a motion for appointment of counsel and direct the Clerk of the Court to docket it as such.

The letter appears to be in response to the Order of April 8, 2008 [Paper No. 1179], by which this Court denied Defendant's Motion for Reduction of Sentence [Paper No. 1176] for lack of jurisdiction due to Defendant's pending appeal. Although the Court provided thirty days for Defendant to file any objections to the Court's order before it became final, Defendant did not do so. As the Court has already denied the motion for which Defendant seeks appointment of counsel and lacks jurisdiction over this matter, it will deny the motion for appointment of counsel as well.

Accordingly, it is this 3rd day of September, 2008, hereby Ordered by the United States District Court for the District of Maryland that:

1. The Clerk of the Court docket Defendant's letter received in chambers on August 7, 2008, as a Motion for Appointment of Counsel;

2. The Motion for Appointment of Counsel IS DENIED;

3. The Clerk SHALL SEND a copy of this Order to counsel, the United States Probation Office, and the Defendant.

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE