July 8, 2009

United States District Court
C/o Clerks Office
6500 Cherrywood Lane
Greenbelt, Maryland 20770

FILED ENTERED
LODGED RECEIVED

JUL 13 2009

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPU.

RE: United States of America v. La'Von Dobie
8:04-cr-00235-RWT

Greetings,

I, "La'Von Dobie," who is presently incarcerated/indigent; is the defendant in the above captioned matter.

I'm representing myself in post conviction relief matters.

Please forward the following requested documents:

① All of the Indictments (the original plus the superseding indictments. ((5) total) Filed May 5, 04 (original) Superseding indictments filed on: 6-2-04, 10-27-04, 1-19-05 / 4-12-06

② The Governments Motion for proposal of Case Management Severance filed (10-28-04)

③ Defense motion to extend the filings of motion time limit and supporting memorandums filed (11-19-04)

④ The Judicial Nunc Pro tunc Order filed on 12-1-04

⑤ Judges Opinion filed on 12-22-04

⑥ Defense Motion to Suppress, Motion to Dismiss Speedy Trial and Memo's of law filed on (1-19-05

(7) USA Responses to the defendants Request for Bill of Particulars and Defendants Motion to Suppress filed on (3-17-05)

(8) Clerks of Courts Certification of completed Record filed on (5-6-05)

(9) Judicial Order postponing defendants Motion suppress filed on (7-7-05

(10) Judicial order denying defense Motion to suppress filed on (1-24-06

(11) USA motion to exclude 404(B)/609 Evidence filed on 5-30-06

(12) Judicial Order concluding Defendants waived their Speedy trial Rights filed on) (9-13-06

(13) Order denying defendants speedy trial Motion on) (11-22)

Your succor, empathy and cooperation is greatly needed; just as Appreciated! Please forward all requested documents to the address listed below.

Thanking You in Advance!
Respectfully,
La'Von Dobie

La'Von Dobie # 38360-037
SFF - HAZ (JZ103L)
P.O. Box 3000
Bruceton Mills, WV
26525