38360-037
LA VON D DOBIE
SFF -HAZ J2 103 L
P.o.bx 3000
Bruceton Mills, WV - 26525
United States

CLARKSBURG WV 263
09 JUL 2009 PM 3 T

(Legal Mail)

United States Const House
C/o Clerks Office
6500 Cherrywood Lane
Greenbelt, Maryland
20770+1249