Dec. 7, 2009

U.S. District Courthouse
c/o Court Clerk's Office

RE: Reimbursment due to over payment for Assessment fees, Relating to case # 04-0235 (RWT) out of Greenbelt, MD

My name is La'Von D. Dobie, #38360-037. I'm Requesting the over payment for my Assessment fees be Returned to my inmate Account; in which the Amount of $380.00 was deducted.

Enclosed find A copy of the Receipt verifying the total Amount due was paid in full on 11/13/09, in Greenbelt, MD (Courthouse)

Please send my Re-imbursment check in the Amount of $380.00 to the following lock box for the Federal Bureau of Prisons if its not done Electronically.

Payee or Pay to: Federal Bureau of Prisons
c/o La'Von D. Dobie #38360-037
P.O. Box 474701
Des Moines, Iowa 50947-0001

* Please Acknowledge Receipt of this missive.

Thanking You in Advance

La'Von Dobie #38360-037
SFF-HAZ (JZ-103L)
P.O. Box 3000
Bruceton Mills, WV 26525