Case 8:04-cr-00235-DKC   Document 1330-1   Filed 12/10/09   Page 1 of 1

```
REGNO: 38360-037  LNAME: DOBIE                  OBLG NO: 1      FUNC: ADD
CYCLE PERIOD............: 11-2009

ADJ TYPE..: PAYMENT        ADJ REASON.: PRIOR PYMT   ADJ AMT: 700.00
RECEIPT DT: 11-13-2009     RECEIPT NO.: 84637014883
PLAN NO...:                PLAN STATUS:              ADJ SEQ: 3       FACL: HAZ
DCSN NO...:                DCSN TYPE..:              DCSN PAY ORIGIN:
REMARKS...: ( OVERPAYMENT MADE TO USDC GREENBELT MD FOR 700.00             )
           (                                                                )

DT ADJ LAST UPDT: 11-17-2009 TM ADJ LAST UPDT: 16:38:17   USERID: HAZ4508

------------------------------- OBLIGATION INFORMATION -------------------------
TYPE OBLG: ASSESSMENT USDC                        STATUS: COMPLETEDN
AMT IMPOSED........:      700.00
TOT PAYMENTS....(-):     1080.00
TOT REFUNDS.....(+):        0.00
TOT CORRECTIONS.(+):        0.00
BALANCE............:      380.00-

G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Receipt Info:

* Court Name: District Court

Division: 8

Receipt No. # 84637014883

Cashier ID: knader

Transaction Date: 11/13/2009

Payer Name: La'Von Dobie

Criminal Debt
For: La'Von Dobie
Case/Party: D-MDX-8-04-CR-000235-009
Amount: $700.00

Check
Remitter: Vivian Lowery-Smith (mother)
Check/Money Order Num: 953
Amt. Tendered: $700.00

Total Due: $700.00
Total Tendered: $700.00
Change Amt: $0.00