**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

| | | |
|---|---|---|
| *Rod J. Rosenstein* | *400 United States Courthouse* | *DIRECT: 301-344-4032* |
| *United States Attorney* | *6500 Cherrywood Lane* | *MAIN: 301-344-4433* |
| | *Greenbelt, MD 20770-1249* | *FAX: 301-344-4516* |
| *Deborah A. Johnston* | | *TTY/TDD: 301-344-2426* |
| *Assistant United States Attorney* | | *Deborah.Johnston@usdoj.gov* |

May 3, 2010

The Honorable Roger W. Titus
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland   20770

      Re:    **United States v. Paulette Martin, et al.**
                <u>**Criminal No. RWT-04-0235**</u>

Dear Judge Titus:

      On or about April 15, 2010, the defendant Paulette Martin filed a motion to vacate prior forfeiture orders and Demanding the Return of All Forfeited Property. The government's response is presently due on May 3, 2010.

      As the court knows, at the time this motion was filed, government counsel was involved in preparation for the trial of *United States v. Byron Grey*, RWT 08-0462 and the sentencing in the case of *United States v. Opio Moore*, RWT-08-0203. Moreover, government counsel is presently preparing for three appellate arguments which are scheduled for May 13, 2010. As a result government counsel respectfully requests an extension to May 20, 2010 to file its response to the defendant's motion. Counsel for Paulette Martin has been contacted and consents to this request.

      Thank you for your consideration of this request.

                        Very truly yours,

                        Rod J. Rosenstein
                        United States Attorney


                By:_____
                      Deborah A. Johnston
                      Assistant United States Attorney