**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Rod J. Rosenstein*  
*United States Attorney*

*Deborah A. Johnston*  
*Assistant United States Attorney*

*400 United States Courthouse*  
*6500 Cherrywood Lane*  
*Greenbelt, MD 20770-1249*

*DIRECT: 301-344-4032*  
*MAIN: 301-344-4433*  
*FAX: 301-344-4516*  
*TTY/TDD: 301-344-2426*  
*Deborah.Johnston@usdoj.gov*

May 20, 2010

The Honorable Roger W. Titus  
United States District Judge  
United States Courthouse  
6500 Cherrywood Lane  
Greenbelt, Maryland   20770

   Re: **United States v. Paulette Martin, et al.**  
     <u>**Criminal No. RWT-04-0235**</u>

Dear Judge Titus:

  On or about April 15, 2010, the defendant Paulette Martin filed a Motion to Vacate Prior Forfeiture Orders and Demanding the Return of All Forfeited Property. The court granted the government's request to extend the due date for its response to May 20, 2010. At the time of the government's request for an extension, government counsel did not realize that the forfeiture proceedings had not been transcribed.  The government promptly ordered transcripts of these proceedings.  However the transcripts have not yet been received.   These transcripts will be of assistance in the preparation of the government's response and the court's resolution of the pending motion.

  For this reason,  government counsel respectfully requests an extension to June 21, 2010 to file its response to the defendant's motion.  Counsel for Paulette Martin has been contacted and consents to this request.

  Thank you for your consideration of this request.

          Very truly yours,

          Rod J. Rosenstein  
         United States Attorney

       By:_____  
         Deborah A. Johnston  
         Assistant United States Attorney

cc: ecf filing