**IN THE UNITED STATES DISTRICT COURT**
   **FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| V. | : CRIMINAL NO. RWT-04-0235 |
| **PAULETTE MARTIN,** *et al.* | : |

...oooOooo...

## MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES

The United States of America, by and through its undersigned counsel, hereby files this motion to withdraw in the above-referenced case. Assistant United States Attorney Adam Kenneth Ake has entered her appearance as counsel for the United States.

Therefore, Assistant United States Attorney Bonnie S. Greenberg respectfully requests that her appearance be stricken from the above-referenced case.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:   \_\_\_\_/s/_____
Bonnie S. Greenberg
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800