United States District Court
of
Maryland

United States of America

v

La'Von Dobie #38360-037
SFF-Hazelton (JZ-112)
P.O. Box 3000
Bruceton Mills, WV 26525

Case # 04-0235
Honorable Judge
Roger Titus

FILED ___ LOGGED ___ ENTERED ___ RECEIVED
NOV - 2 2011
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

RECEIVED IN THE CHAMBERS OF
ROGER W. TITUS
NOV 0 2 2011
UNITED STATES DISTRICT JUDGE

## Motion for Recomputation of Sentence Pursuant to U.S.S. Guideline Retroactive Crack to Powder Cocaine Ratio Effective Nov. 1, 2011

Now Comes La'Von Dobie defendant pro se And Respectfully requests that on November 1st, 20011, the Court order the Adult Probation Pretrial Services to review and recalculate Petitioners crack to powder cocaine ratio Allocution at 18-1 under the Retroactive United States Sentencing Guidelines.

Dobie was sentenced to a total of 146 months on December 19, 2006, that included a 5 (five year) concurrent sentence for 5 (five grams of crack).

Since her incarceration she has completed the Non-Residential drug program, Acquired a paralegal certification and various certificates of completion for a numerous amount of college courses and other classes. A copy of which is incorporated herein as Exhibits A and B.

Therefore Defendant requests this Court Apply the 18-1 Crack to Powder Ratio Allocution and Adjust her sentence in Accordance there of commencing November 1, 2011

Respectfully Submitted,

*La'Von Dobie* (signature)

La'Von Dobie #38360-037

I do here by certify 2 copy's of the following was sent to the U.S. Attorney at 6500 Cherrywood Lane, Greenbelt, Maryland 20770 on October 31, 2011 by U.S. Postal Service Mail.