```
HAZ3V           *         INMATE EDUCATION DATA      *    10-09-2011
PAGE 001 OF 001 *              TRANSCRIPT            *    12:36:40

REGISTER NO: 38360-037    NAME..: DOBIE                   FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: HAZ-HAZELTON USP

--------------------------- EDUCATION INFORMATION ---------------------------

FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
HAZ  ESL HAS    ENGLISH PROFICIENT          02-06-2007 1408 CURRENT
HAZ  GED HAS    COMPLETED GED OR HS DIPLOMA 02-06-2007 1408 CURRENT

---------------------------- EDUCATION COURSES -----------------------------

SUB-FACL     DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS

HAZ F        EDUC APPROVED CORR CRS(S)   03-19-2008  CURRENT
HAZ F        (PG) PCTC-BUSINESS LEADERSHIP 09-23-2011 09-23-2011  P  C  E    2
HAZ F        (PG) PCTC-FINANCES / BUDGETING 08-25-2011 08-25-2011 P  C  E    2
HAZ F        (PG) PCTC-SELF-MANAGEMENT HELP 08-04-2011 08-04-2011 P  C  E    2
HAZ F        (PG) PCTC-MISSION STATEMENTS 07-28-2011 07-28-2011  P  C  E    2
HAZ F        BREAST CANCER / HPV - 2HRS  07-13-2011  07-13-2011  P  C  P    2
HAZ F        HLTH RPP - TUBERCULOSIS AWARE 05-03-2011 05-03-2011 P  C  P    2
HAZ F        BASIC GEOMETRY ACE 12 HOURS 03-14-2011  04-19-2011  P  C  P   12
HAZ F        HLTH RPP -HIV/AIDS/HEPC AWARE 03-28-2011 03-28-2011 P  C  P    2
HAZ F        PCTC - ADMIN ASSISTANT 240 HRS 09-16-2009 09-27-2010 P C  C  240
HAZ F        (PG) SFF MUSIC APPREC. I    04-21-2010  07-21-2010  P  C  P   16
HAZ F        FNDMNTLS OF ACCOUNTING, PCTC 05-06-2010 07-21-2010  C  C  P    0
HAZ F        (PG) MICRO COMP APP., COLLEGE 05-14-2010 07-09-2010 C  C  P    0
HAZ F        (PG) PERSONAL POWER 2 CHANGE 06-21-2010 07-07-2010  P  C  P    9
HAZ F        PRINCIPLES OF MANGMNT, PCTC 03-24-2010  05-13-2010  C  C  P    0
HAZ F        HUMAN RELAT IN BUSN - COLLEGE 03-24-2010 05-15-2010 C  C  P    0
HAZ F        INTRO TO BUSINESS - COLLEGE 04-02-2010  05-26-2010  C  C  P    0
HAZ F        RPP (RN) AIDS AWARENESS     07-13-2009  03-04-2010  P  C  P    1
HAZ F        COMPUTER CONCEPTS/APPS COLLEGE 09-16-2009 02-02-2010 C C  P    0
HAZ F        (PG) TOUCH TYPING 15 HRS    08-25-2009  10-08-2009  P  C  P   10
HAZ F        (PG)PERSONALITY TYPES       08-13-2009  08-13-2009  P  C  C    2
HAZ F        (PG) INTRO TO MIRACLE PLANET 06-26-2009 07-24-2009  P  C  P    9
HAZ F        (PG) SFF CREATIVE WRITING ACE 01-29-2008 04-26-2008 P  C  P   10
HAZ F        MSWORD(E)54HRS TH/F 12:00-3:30 11-11-2007 04-01-2008 P C  E   54
HAZ F        SFF INSUR/INVESTMENT ACE    11-16-2007  01-17-2008  P  C  P   16
HAZ F        (PG) BIGGEST LOSER NUTRITION 07-01-2007 07-22-2007  P  C  P    4
```

*Defendant's Exhibit A*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HAZ F | (PG)SFF STRONG ABS AND BACK | 08-07-2007 | 08-31-2007 | P | C | P | 8 |
| HAZ F | (PG) SFF WELLNESS CLASS | 07-01-2007 | 07-24-2007 | P | C | P | 4 |
| HAZ F | (PG) SFF SPANISH 1 (C) CLASS | 04-30-2007 | 07-19-2007 | P | C | P | 24 |
| HAZ F | (EM)MS WORD EXPLORATORY 54 HR | 06-04-2007 | 06-20-2007 | C | W | I | 0 |
| HAZ F | (PG) SFF TRUE COLORS PROGRAM | 02-22-2007 | 02-22-2007 | P | C | P | 2 |
| HAZ F | (PG) SFF NUTRITION CLASS | 03-13-2007 | 05-05-2007 | P | C | P | 8 |
| HAZ F | (PG) SFF BODY FAT TESTING | 04-02-2007 | 04-24-2007 | P | C | P | 4 |
| HAZ F | (PG)SFF BEGINNING CROCHET | 03-19-2007 | 05-02-2007 | P | C | P | 8 |
| HAZ F | (PG) CHEF TALK 12 HRS ACE CRS | 03-14-2007 | 05-01-2007 | P | C | P | 12 |

G0000       TRANSACTION SUCCESSFULLY COMPLETED