Defendants

La'Von D. Dobie

Exhibit: B

# BLACKSTONE CAREER INSTITUTE

1011 BROOKSIDE ROAD, SUITE 300, P.O. BOX 3717, ALLENTOWN, PA 18106-3717

## Student Transcript

## 31 Lesson Legal Assistant/Paralegal Diploma Program

### 915 Clock Hours

**Student:** La'Von De'Nice Dobie  38360-037
**Address:** SFF Hazelton J2-103L
PO Box 3000
Bruceton Mills  WV  26525

**Student Number:** 01017212

**Enrollment Date:** 03/06/2008

**Completion Date:** 05/19/2009

| Text/Subject | Date Completed | Grade | Text/Subject | Date Completed | Grade |
|---|---|---|---|---|---|
| **Volume: 1** | | | **Volume: 8** | | |
| • Introduction to Law | 04/17/2008 | 90 | • Law of Private Corporations | 01/09/2009 | 90 |
| • Contracts - Part I | 05/06/2008 | 90 | • Law of Partnerships - Part I | 01/23/2009 | 85 |
| • Contracts - Part II | 05/09/2008 | 90 | • Law of Partnerships - Part II | 02/20/2009 | 100 |
| • Contracts - Part III | 05/19/2008 | 75 | **Volume: 9** | | |
| **Volume: 2** | | | • Constitutional Law - Part I | 03/05/2009 | 85 |
| • Law of Torts - Part I | 05/19/2008 | 100 | • Constitutional Law - Part II | 03/23/2009 | 80 |
| • Law of Torts - Part II | 05/23/2008 | 70 | **Volume: 10** | | |
| • Law of Torts - Part III | 06/02/2008 | 100 | • Constitutional Law - Part III | 03/23/2009 | 85 |
| • Law of Torts - Part IV | 06/02/2008 | 100 | **Volume: 11** | | |
| **Volume: 3** | | | • Legal Research - Part I | 04/16/2009 | 90 |
| • Criminal Law - Part I | 06/06/2008 | 85 | **Volume: 12** | | |
| • Criminal Law - Part II | 06/06/2008 | 85 | • Legal Research - Part II | 05/04/2009 | 80 |
| **Volume: 4** | | | **Volume: 13** | | |
| • Real Property - Part I | 06/06/2008 | 100 | • Employability Skills | 05/18/2009 | 85 |
| • Real Property - Part II | 06/23/2008 | 85 | **Volume: 14** | | |
| **Volume: 5** | | | • Ethics For Paralegals | 05/18/2009 | 85 |
| • Real Property - Part III | 07/11/2008 | 80 | | | |
| • Real Property - Part IV | 07/24/2008 | 75 | | | |
| **Volume: 6** | | | | | |
| • Pleadings in Civil Action - Part I | 08/22/2008 | 90 | | | |
| • Pleadings in Civil Action - Part II | 08/28/2008 | 85 | | | |
| • Practice in Civil Actions | 09/25/2008 | 95 | | | |
| • Criminal Procedure | 10/24/2008 | 70 | | | |
| **Volume: 7** | | | | | |
| • Wills - Part I | 10/10/2008 | 90 | | | |
| • Wills - Part II | 11/24/2008 | 85 | | | |
| • Trusts | 12/29/2008 | 75 | | | |

**Student Average:** 86.45%     ** FINAL **

This Document Issued: 05/19/2009

**Blackstone Career Institute**

By: *Valerie L. Behrle* B.S., M.Ed.
Registrar


**DLS**
A Direct Learning Systems School

Phone:  610-871-0031 • 800-826-9228 • Fax:  610-871-0034
email: info@blackstone.edu • www.blackstone.edu

# Certificate of Completion

SFF Hazelton
Commencement Ceremony

## Lavon Dobie

has successfully completed the requirements to obtain a
<u>Diploma of Legal Assistant and Paralegal Service</u>
from Blackstone Career Institute

March 16, 2010

D. Blakney,
Supervisor of Education

# United States Penitentiary

## Lavon Dobie

Participated in the

## Commencement Ceremonies

At

The United States Penitentiary Hazelton

Successfully completing the assigned courses

_____

Program Coordinator

# GED Graduates

Constance Butler

Pam Lydia

Ana Omana Torres

Geidy Vizjano

Amanda Schultz

Rafiat Ayorinde

Cassandra Jimerson

Nancy Lyons

Casey Radford (Valedictorian)

Sherry Brockington

Melissa Peak-Washington

# ESL Graduates

Jolade Dankwah

Ana Omana-Torres

Diana Carrillo

Thaiz Parra

Marlene Rengifs De Jimenez

Padilla Garcia

# College Correspondence

*Blackstone Career Institute,*

*Diploma of Legal Assistant and Paralegal*

La Von Dobie

# VT Graduates
## Microsoft Office

Josefina Bekri

Susan Greene

Chanel Howell

Susan Martin

Maria Noguda

Kamisha Pruitt

Ashalون Yates

Awerns Burrows-Morales

Awen Dorsey

Debora Frederick

Ana Hurtado

Yolanda Martin

Martha Molina-Villalta

Veronica Perez-Jimenez

Blanca Rodriguez

Mariana Soria-Ann

Elnora Calcombo

Renee Burnette

Wanda Graves

Tanya Hopkes

Tressia Mitchell

Ana Omana Torres

Maria Perez-Materal

Elizabeth Alvarez-Gallardo

Christina Cruz

Thamereen Espinoza

Thaniza Gutierrez-Decholван

Valerie Jackson

Gemma Matal

Maricel Padilla-Garcia

Rebeca Powell

Esperanza Romero-Molena

Concepcion Torres-Lopez

Paulette Martin

La Tonya Davis

Kenetta Howard

Pam Lydia

Ypsica Montoya-Corrales

Ana Porter

Ginger Thornsbery

Martha Borrego-Aguirre

Katrina Davis

Tina Tate

Michele Hackner

Christine Jamela

Estela Miranda-Gomez

Claudia Parra-Camargo

Kimberly Radford

Mandy Smith

Geidy Vizjano

# VT Graduates
## Culinary Arts

Keisha Bethea

Kamisha Pruitt

Antoinette Hamlett

Maria Perez

Amanda Lynos

Patricia Nicholas



**United States Department of Justice**
**Federal Bureau of Prisons**
**United States Penitentiary - Hazelton**
**Post Office Box 450**
**1640 Sky View Drive**
**Bruceton Mills, West Virginia 26525**
**(304) 379-5000**

March 11, 2010

MEMORANDUM FOR  DAVID LEMASTER, UNIT MANAGER
SECURE FEMALE FACILITY - HAZELTON
BRUCETON MILLS, WEST VIRGINIA

FROM            M. Starr, Literacy Coordinator
SECURE FEMALE FACILITY - Hazelton
Bruceton Mills, West Virginia

SUBJECT         Lavon Dobie 38360-037

While at SFF Hazelton, Lavon Dobie has put forth a consistent effort to
prepare herself for reintegration into society.  She has completed a
variety of courses offered by the Education and Recreation Department to
advance in general academics, as well as special interest courses.

To date, she has completed Chef Talk, True Colors, Spanish Language,
Insurance and Investments, Creative Writing, Miracle Planet, Personality
Types, and Typing.  All of these are Adult Continuing Education courses
that allowed her to gain knowledge in various subjects.  She has also
completed Body Fat Testing, Nutrition, Wellness, Strong Abs and Back, and
the Biggest Loser Nutrition Program.  Ms. Dobie understands the
importance of acquiring knowledge in all subjects, as well as maintaining
physical fitness in order to ensure better success while she remains at
Hazelton and into her future.

While keeping busy with adult continuing Education courses, Ms. Dobie has
also spent time acquiring skills that will assist her in landing future
employment.  She completed the Microsoft Word Exploratory Vocational
course, as well as a 3 hour college credit course: Computer Concepts and
Applications that was offered by Pierpont Community and Technical
College.  This is one of 6 courses offered by the college that will lead
to an Administrative Assistant Skills Set Certificate.  Ms. Dobie will be
enrolled in the remaining 5 courses in order to complete this
certificate.

Most notably, in May of 2009, Ms. Dobie received a Diploma of Legal
Assistant and Paralegal Studies from Blackstone Career Institute.  She
completed this independently through the college correspondence program.

Ms. Dobie carries herself in a manner that is respectful to fellow
students and staff members of the Education Department.  She can be seen
as a role model for other students who have a desire to take advantage of
programming opportunities to prepare for a successful reentry to society.

BP-S324.052 **WORK PERFORMANCE RATING - INMATE** CDFRM
OCT 98
U.S. DEPARTMENT OF JUSTICE                                                                FEDERAL BUREAU OF PRISONS

| Inmate's Name | Register No. | Unit |
|---|---|---|
| Doble, Leven | 38360-037 | J-2 |

| Evaluation Period | Work Assignment |
|---|---|
| 2-1-10 / 2-28-10 | F Btv Shop |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Poor. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Fair. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Good. Needs little supervision. Good record of dependability in all things.
5. Outstanding. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - ② - 3 - 4 - M.
2. Hours of Satisfactory work    156
3. Regular Pay    45.24
4. Bonus Recommended: ___ yes;  X no
5. Total Pay    45.24

| Supervisor's Signature | Date 2-24-10 |
|---|---|
| Inmate's Signature | Date 2/24/10 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

(This form may be replicated via WP)                                                Replaces BP-S324, OCT 94

# SFF HAZELTON
# HEPATITIS Awareness Seminar

This certificate is to recognize that

Davon Dobie

Attended the HEPATITIS

Two hour health services seminar.

Granted: MARCH 28, 2011

*Tonya Brown-Stobbe*

# Certificate of Completion

### Awarded to

La'Von Dobie

### for successfully completing

## Women's Health Class: Breast Cancer & HPV

__July 13, 2011 – SFF Hazelton__
**Date place**

_H. Kramer, BSN, RN_
**USPHS Registered Nurse**



## PIERPONT
### COMMUNITY & TECHNICAL COLLEGE™

This certifies that

# *Lavon Dobie*

has successfully completed the following Professional Development courses:

**GOALS/MISSION STATEMENTS FOR YOUR FUTURE**

**SELF MANAGEMENT SKILLS**

**PERSONAL FINANCES AND BUDGETING**

**LEADERSHIP**

*Sally V. Ley*

---
Instructor, Pierpont Community & Technical College

October 7, 2011
Date

---
President, Pierpont Community & Technical College

October 7, 2011
Date



# PIERPONT

COMMUNITY & TECHNICAL COLLEGE™

# *CERTIFICATE OF COMPLETION*

This certifies that

## *Lavon Dobie*

Has successfully completed the following course:

## COMPUTER CONCEPTS & APPLICATIONS

_____
Instructor, Pierpont Community & Technical College

January 12, 2010
Date

_____
President, Pierpont Community & Technical College

January 12, 2010
Date

# Certificate of Achievement



Life By Design Learning Community

This is to certify that

LaVon Dobie

Has satisfactorily completed a 4 hour course in **Setting Your Intentions** and is hereby awarded this

certificate on the 5th  day of February, 2010.

_____

SFF Administrator

# Certificate of Achievement



Life By Design Learning Community

This is to certify that

LaVon Dobie

Has satisfactorily completed a 4 hour course in **Complaint Free World** and is hereby awarded this

certificate on the 12th  day of March, 2010..

*Roxanne Abner*

# Certificate of Achievement



Life By Design Learning Community

This is to certify that

LaVon Dobie

Has satisfactorily completed a 4 Hour  Class in **Gratitude** and is hereby awarded this certificate

on the 6th  day of May, 2010.

_____

SFF Administrator



# PIERPONT
### COMMUNITY & TECHNICAL COLLEGE

# CERTIFICATE OF COMPLETION

This certifies that

## *Lavon Dobie*

Has successfully completed the following course:

### INTRODUCTION TO BUSINESS

_____
Instructor, Pierpont Community & Technical College

May 13, 2010
Date

_____
President, Pierpont Community & Technical College

May 13, 2010
Date

# Certificate of Achievement



Life By Design Learning Community

This is to certify that

LaVon Dobie

Has satisfactorily completed a 3 month course in Purpose 101 and is hereby awarded this certificate on

the 20th day of May, 2010.



# PIERPONT
COMMUNITY & TECHNICAL COLLEGE.

# *CERTIFICATE OF COMPLETION*

This certifies that

## *Lavon Dobie*

Has successfully completed the following course:

## HUMAN RELATIONS IN BUSINESS

_____
Instructor, Pierpont Community & Technical College

May 13, 2010
Date

_____
President, Pierpont Community & Technical College

May 13, 2010
Date



# CERTIFICATE OF COMPLETION

This certifies that

## *Lavon Dobie*

Has successfully completed the following course:

### PRINCIPLES OF MANAGEMENT

| | |
|---|---|
| _(signature)_ | May 13, 2010 |
| Instructor, Pierpont Community & Technical College | Date |
| _(signature)_ | May 13, 2010 |
| President, Pierpont Community & Technical College | Date |

# Certificate of Achievement



Life By Design Learning Community

This is to certify that

LaVon Dobie

Has satisfactorily completed a 21hour course in **The 21-Day Consciousness Cleanse** and is hereby

awarded this certificate on the 31st  day of May, 2010..



## PIERPONT
COMMUNITY & TECHNICAL COLLEGE™

# *CERTIFICATE OF COMPLETION*

This certifies that

## *La'Von D. Dobie*

Has successfully completed the following course:

### MICROCOMPUTER APPLICATIONS IN BUSINESS

_____
Instructor, Pierpont Community & Technical College

July 9, 2010
Date

_____
President, Pierpont Community & Technical College

July 9, 2010
Date



**PIERPONT**
COMMUNITY & TECHNICAL COLLEGE.

# *CERTIFICATE OF COMPLETION*

This certifies that

## *Lavon Dobie*

Has successfully completed the following course:

### MICROCOMPUTER APPLICATIONS IN BUSINESS

_____
Instructor, Pierpont Community & Technical College

_____
President, Pierpont Community & Technical College

7-12-2010
Date

7-12-2010
Date



# PIERPONT

COMMUNITY & TECHNICAL COLLEGE.

# CERTIFICATE OF COMPLETION

This certifies that

## *Lavon D. Dobie*

Has successfully completed the following course:

**FUNDAMENTALS OF ACCOUNTING**

_Tina Stuart_
Instructor, Pierpont Community & Technical College

_Blair Montgomery_
President, Pierpont Community & Technical College

July 23, 2010
Date

July 23, 2010
Date



# PIERPONT

COMMUNITY & TECHNICAL COLLEGE.

## SKILL CERTIFICATE

This certifies that

### La'Von D. Dobie

Has successfully completed the requirements for

ADMINISTRATIVE ASSISTANT

_Nancy Lawler_
Signature

_August 16, 2010_
Date

_[signature]_
Signature

_8-17-10_
Date



COMMUNITY AND TECHNICAL
COLLEGE SYSTEM OF WV

**WORK FORCE**
West Virginia



# Certificate of Completion

This is to certify that
Lavon Dobie
has successfully completed
the Adult Continuing Education class
Typing I.

J. Thomas, Education Technician
SFF Hazelton Education Department

October 14, 2009



**PIERPONT**
COMMUNITY & TECHNICAL COLLEGE

This certifies that

*Lavon Dobie*

has successfully completed the following Professional
Development course:

PERSONALITY TYPES AND COMMUNICATION STYLES

_____
Instructor, Pierpont Community & Technical College

August 13, 2009
Date

_____
President, Pierpont Community & Technical College

August 13, 2009
Date

# CERTIFICATE OF COMPLETION



*La'Von Dobie*

has successfully completed
the Adult Continuing Education class,
The Miracle Planet.

J. Thomas, Education Technician
SFF Hazelton Education Department

July 18, 2009

# MS Office Suite 2003
## Vocational Training



**Lavon Dobie**

has satisfactorily completed
the requirements of MS Office Word 2003
(54 hours - Exploratory Course)



B.D. Henderson, Education Specialist
SFF Hazelton, West Virginia



April 21, 2008




# *Certificate of Accomplishment*

*awarded to:*

## *Lavon Dobie*

*38360-037*

## *This 7ᵗʰ Day of February 2008*

*at*

**Secure Female Facility - Hazelton**

**West Virginia**

## *For Attending 24 Sessions of Narcotics Anonymous*

*(Inconsistent attendance at weekly sessions beginning March 8, 2007.)*

_____
J.A Hammond, Ph.D., Chief
Psychology Services

_____
M.N. LaChance, Drug Treatment Specialist




# OSHA
# 10-HOUR GENERAL INDUSTRY
# SAFETY & HEALTH
# OUTREACH TRAINING PROGRAM



**PRESENTED TO**

## LaVon Dobie

INTRODUCTION TO OSHA
PERSONAL PROTECTIVE EQUIPMENT
HAZARD COMMUNICATION
FLAMMABLE AND COMBUSTIBLE LIQUIDS

MEANS OF EGRESS AND FIRE PROTECTION
ELECTRICAL AND LOCKOUT/TAGOUT
WALKING AND WORKING SURFACES
MACHINE GUARDING

April 11-14, 2008

_____
Instructor




# *Certificate of Achievement*

awarded to:

## Lavon Dobie

Floor Care Certification

May 14, 2008

Date

Signed





# Chef Talk

This document certifies
## La'von Dobie
for completing all required coursework and training,
and demonstrating knowledge of Chef Talk,
successfully completing the SFF Hazelton Training.

May 2, 2007

J. Garcia, Instructor