```
                                    FILED        ENTERED
                                    LODGED       RECEIVED

                                       NOV - 2 2011

                                       AT GREENBELT
                                   CLERK U.S. DISTRICT COURT
                                    DISTRICT OF MARYLAND
                               BY_____DEPUTY
```

Clerk of Court
U.S. District Court
6500 Cherrywood Ln.
Greenbelt, Maryland 20770

October 31, 2011

Re: U.S. v. DOBIE et al
Case # 04-0235

Dear Clerk,

Please find enclosed one orginal and two copies of my motion for docketing and time stamp. Please retain the orginal for the Court, returning the copies to me in the self-addressed envelope provided.

Thank You

La'Von Dobie #38360-037

La'Von Dobie #38360-037
SFF-HAZ (JZ-112)
P.O. Box 3000
Bruceton Mills, WV
26525