La Von Dobie #38360-037
SFF-HAZ(G2-112)
P.O. Box 3000
Bruceton Mills, WV
26525

Legal Mail

United States District Court
of
Greenbelt, Maryland
c/o Clerk Office
6500 Cherrywood Ln.
Greenbelt, Maryland 20770

confidential