

La'Von Dobie
#383600-03
SFF-HAZ CJ
P.O. Box 3000
Bruceton Mills, WV
26525

*URGENT*
xxx
LEGAL
xxx
MAIL

United States District Court
c/o Honorable Judge Titus
6500 Cherrywood Ln. (Ste. 450)
Greenbelt, Maryland
20770

RECEIVED IN THE CHAMBERS OF
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
NOV 02 2011



United States Penitentiary, Hazelton
Hazelton, WV

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another address please return enclosure to the above address.