RECEIVED IN THE CHAMBERS OF
ROGER W. TITUS
MAR 14 2012
UNITED STATES DISTRICT JUDGE

___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED
MAR 1 5 2012
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

United States District Court
of
Maryland

United States of America
v
La'Von Dobie #38360-037
SFF-HAZ (JZ-104L)
P.O. Box 3000
Bruceton Mills, WV 26525

Case # 04-0235
Appeal # 07-4115
Honorable Judge
R.W. Titus

Motion for Appointment of Counsel due to the Fourth Circuit Court of Appeals Decision to Vacate/Remand back to this Honorable Court for Resentencing.

Now Comes the defendant La'Von Dobie, Pro Se And Respectfully to Request that this Court Order Appointment of Counsel via The Maryland Public Defenders Office or The CJA Coordinator for the forthcoming Resentencing hearing. On November 2, 2011, The Fourth Circuit Court of Appeals Rendered its decision to Vacate the Count One Charge Relating to the defendant And Remanded it back to the this Court for Resentencing. The Order was mandated on November 28, 2011.

Appointment of Counsel is Necessary in the State of Maryland for the defendant.

The Fourth Circuit Court of Appeals Appointed Mr. Thomas McNamara And Mr. Alan DuBois out of the Public Defenders Office in Raliegh, North Carolina, for the sole purpose of the Appellate Process And Procedures.

Therefore Defendant humbly request this Court Appoints Counsel Pursuant to The Sixth Amendment Of The United States Constitution.

Respectfully Submitted
La'Von Dobie #38360037
SFF-HAZ (J2-104L)
P.O. Box 3000
Bruceton Mills, WV 26525

cc: United States Court Of Appeals For The Fourth Circuit
cc: United States District Attorney's Office for Greenbelt District Court
cc: North Carolina Public Defenders Office c/o Mr. Alan DuBois / Mr. T. McNamara

I do here by certify this motion / All copies were mailed via U.S. Postal Services on March 12, 2012, from SFF-Hazelton (FBOP)