LaVon Dobie
#33600037
SFF-HA2 (J2-104L)
P.O. Box 3000
Bruceton Mills, WV
26525

RWT over 0235

United States District Court
of Maryland
c/o Honorable Judge Titus Chambers
6500 Cherrywood Lane
Greenbelt, Maryland
20770

INSPECTED BY
MTN SECURITY OFFICE