UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0627

March 22, 2012

FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR 22 2012

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                    DEPUTY

La'Von Dobie, #38360-037
U.S. Penitentiary - Hazelton
SFF-HAZ J2104L
PO Box 3000
Brucetown Mills, WV 26525

      Re:    Appointment of Counsel
              Case No.: RWT 04-0235

Dear Ms. Dobie:

    Your Motion for Appointment of Counsel filed with the Court on March 15, 2012 is approved. I am appointing the following attorney to represent you for the purpose of re-sentencing on Count One of the indictment:

              Mirriam Seddiq, Esq.
              6411 Orchard Avenue, Suite 103
              Takoma Park, Maryland 20912
              (202) 642-1697

    Ms. Seddiq's fees and expenses will be paid by the Court.

    By copy of this letter, I am notifying Ms. Seddiq as well as Deborah Johnston, Assistant United States Attorney of my action.

                    Sincerely,

                    William Connelly
                    United States Magistrate Judge

cc:   Deborah Johnston, AUSA
      Mirriam Seddiq, Esq.
      Donna Shearer, CJA Supervising Attorney
      Court File

