FILED ___ ENTERED
LODGED ___ RECEIVED
MAY 24 2012
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

Honorable Judge Connelly

I pray this letter finds you well. I am writing to file a motion asking that my legal right to file a 2255 motion be put in Abeyance. I am awaiting a date for my Resentencing hearing relating to Count 1 and I know there is a time limit on the filing of a 2255 after the Appeals Court decision is rendered and mandated. I'm humbly asking that the time clock be stopped and I have enclosed a motion. Also thank you for granting my motion filed March 15, 2012 for appointment of counsel; however I ask that the enclosed pro se motion be granted.

Respectfully

La'Von Dobie #38360-037
SFF-HAZ (JZ-104L)
P.O. Box 3000
Bruceton Mills, WV 2652