4-cr-00235-DKC Document 1514-1 Filed 05/24/12 Pa

John Dobie
#33608037
STM2 (J2-104L)
P.O. Box 300
Bruceton Mills, WV
26525

William Connelly Jr., U.S. Magistrate Judge
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland
20770