TRULINCS  38360037 - DOBIE, LAVON - Unit: HAZ-J-B

---

FROM: 38360037
SUBJECT: motion to hold the filing of a 2255 in abeyance
DATE: 05/21/2012 03:05:25 PM

LA'VON DOBIE vs. US [CASE# RWT-04-0235]

HONORABLE DISTRICT COURT OF GREENBELT MARYLAND

NOW COMES THE DEFENDANT LA' VON DOBIE PRO SE ASKING THIS HONORABLE COURT TO HOLD HER LEGAL RIGHT TO FILE A 2255 IN ABEYANCE. ON NOVEMBER 2,2011 THE FOURTH CIRCUIT COURT OF APPEALS VACATED AND REMANDED THE COUNT 1 CHARGE BACK TO THIS HONORABLE COURT FOR RESENTENCING AND THE ORDER WAS MANDATED ON DECEMBER  2011. THE DEFENDANT IS AWAITING THIS HONORABLE COURT TO SCHEDULE A RESENTENCING HEARING OR TAKE ACTIONS ON THE SUBMISSIONS RELATIVE TO THIS MOTION FROM THE FOURTH CIRCUIT COURT OF APPEALS.  DEFENDANT HUMBLY ASK THAT THIS HONORABLE COURT GRANTS THIS MOTION TO HOLD THE FILING OF HER 2255 IN ABEYANCE PENDING THE DECISION OF THIS COURT OR   THE RESENTENCING OF THE SAID DEFENDANT.

IN SPITE OF THE INFORMAL NATURE OF THIS MOTION PLEASE CONSIDER A LEGAL MOTION .

RESPECTFULLY,

LA' VON DOBIE #38360-037
SFF-HAZ[J2-104L]
P.O.BOX 3000
BRUCETON MILLS,WV 26525