4-cr-00235-DKC   Document 1515-1   Filed 05/24/12   Pa

John Dobie
#33608037
SPHA2 (J2-104L)
P.O. Box 300
Bruceton Mills, WV
26525

William Connelly, Jr. U.S. Magistrate Judge
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland
20770-1249

CLARKSBURG WV 263
21 MAY 2012 PM 3 T