**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

ROGER W. TITUS                                                                                                6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                                                                    GREENBELT, MARYLAND 20770
                                                                                                                              301-344-0052

M E M O R A N D U M

TO:            Counsel of Record

FROM:        Judge Roger W. Titus

RE:            *United States of America v. Lavon Dobie*
                  Criminal No. RWT-04-235-9

DATE:        May 25, 2012

* * * * * * * * *

On November 2, 2011, the United States Court of Appeals for the Fourth Circuit vacated Defendant's sentence as to Count One and remanded the matter to the district court for resentencing for the purpose of considering Defendant's request for a minor role adjustment. *See* ECF No. 1475-1. That same day, Defendant filed a Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 U.S.C. § 3582. *See* ECF No. 1476. On May 24, 2012, Defendant filed a Motion to Hold in Abeyance the Right to file a Motion under 2255, pending her resentencing. *See* ECF No. 1515.

The resentencing of the Defendant and a hearing on Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense [ECF No. 1476] and Defendant's Motion to Hold in Abeyance the Right to file a Motion under 2255 [ECF No. 1515] is **SCHEDULED for July 17, 2012 at 1:00 p.m. The presence of the Defendant is required.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                                                   /s/
                                                                                    Roger W. Titus
                                                                                    United States District Judge