U.S. District Court for Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

MAY 25 2012

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

| | | |
|---|---|---|
| U.S.A. | Plaintiff ) | |
| v. | ) | Case # 04-cr-00235 RWT-9 |
| Lavon Dobie | Defendant ) | |

Re: Motion To Replace Appointed Counsel

May this Court note for the Record that Ms. Mirriam Seddiq who has been appointed to represent me at my Resentencing isn't up to the job. This is because after I spoke with her and upon doing a background check on her work history, it appears she has virtually no experience or practical courtroom skills to handle my Resentencing.

That the above being the case, I am genuinely concerned that my 6th Amendment Right to effective legal representation will be undermined. Therefore, I pray that this Court should within the context of "Strickland" promptly replace her.

That not to replace my current attorney will prejudice my Resentencing where I stand a good chance to reduce my sentence or to be retried pursuant to a 4th Circuit Order that recently granted me a partial remand.

In conclusion, this Court should replace my consul for all the reasons cited above for to do otherwise will breach the High Court rulings in Haines v. Kerner, 404 U.S. 519, 30 L Ed 2d 62 1972; Cruz v. Beto, 405 U.S. 319 (1972); Lawler v. Marshall, 898 F.2d 1196 (6th Circuit 1990); and Hill v. U.S., 368 U.S. 424, 430 (1962) where the High Court has held that the little guys such as Dobie should be given a fair treatment and leeway in such matters by Federal Courts for they are the ones without formal legal training, not incompetent lawyers.

I conclude by requesting a prompt "hearing" if there is any objection to this narrow issue over replacing my current court appointed counsel.

Respectfully Submitted by: Lavon Dobie # 38360-037
U.S.P. Hazelton
SFF-HZ J2103L
PO Box 3000
Bruceton Mills, WV 26525

1

Certificate of Service

That on this day of 5/24/2012, I did cause to be sent per the U.S. Postmastercopies of the above Motion to my current Attorney Mirriam Seddiq whose last known address is 6411 Orchard Ave, Takoma Park, MD 20912 and same to Rod J. Rosenstein, US Attorney for Maryland and also Donald Verrelli, Solicitor General of the U.S. at 900 Pennsylvania Ave, NW, DC 20530.

Lavon Dobie

cc:
1. An excerpt of L. Dobie's most recent Docket Entries. See pp. 3-5.
2. A profile of Dobie's court appointed attorney, M. Seddiq of Takoma Park, MD, showing her legal skills are too weak to help Dobie. See pp.6-8.