Ms. Lavon Dobie # 38360-037
USP Hazelton
PO Box 2000
Bruceton Mills  WV 26525

FILED _____  ENTERED
LODGED _____ RECEIVED

MAY 2 5 2012

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

US District Court for Maryland
Clerk of the Court ~ Criminal Division
101 W. Lombard St.
Baltimore, MD 21201