TRULINCS  38360037 - DOBIE, LAVON - Unit: HAZ-J-B

---

FROM: 38360037
TO: Honorable District Court of Greenbelt
SUBJECT: ABEYANCE OF THE FILING OF DEPIERRE CLAIM
DATE: 05/23/2012 12:01:39 PM

LA'VON DOBIE v. U.S.

CASE # RWT-04-0235

NOW COMES THE DEFENDANT LA'VON DOBIE HUMBLY REQUESTING THAT THIS HONORABLE COURT ALLOW THE FILING OF DEPIERRE CLAIM BE HELD IN ABEYANCE. DUE TO THE PRIOR SUBMISSIONS RELATIVE TO HER COUNT 1 CHARGE BEING VACATED/REMANDED TO THIS HONORABLE COURT FOR RESENTENCING AND THE DEFENDANTS LEGAL RIGHT FILE A 2255.

IN DEPIERRE, THE COURT CREATED A NEW SUBSTANTIVE RULE THAT HELD THAT "COCAINE BASE" AS USED IN THE STATUE INCLUDES ALL FORMS OF 'BASE COCAINE MEANING CRACK [PROCESSED WITH BAKING SODA], FREE BASE [PROCESSED WITH AMMONIA] ANY OTHER 'BASE' FORM OF COCAINE, AS DISTINGUISHED FROM COCAINE HYDROCHLORIDE [ THE TYPICAL POWER COCAINE COMPOSITION]. THEREFORE, GOING FORWARD A DISTRICT COURT CAN ONLY CONSIDER A PENALTY ENHANCED BY SECTION 841(b)(1)(A)(iii) OF THE CONTROLLED SUBSTANCE ACT OF 1987. IN OTHER WORDS, DEPIERRE NARROWED THE SCOPE OF 21 U.S.C 841 BY INTERPRETING THE TERM " COCAINE BASE" IN 21 U.S.C 841(b)(iii) TO DECRIMINALIZE CERTAIN INDIVIDUALS WHO WOULD OTHERWISE HAVE BEEN AGGRAVATED VIOLATOR UNDER 841--- IT ALTERED THE CLASS OF PERSONS THAT THE LAW PUNISHES" SEE SCHRIRO, U.S. AT 353, [THERE IS NO ISSUE OF RETROACTIVITY SEE, DIXON v.MILLER 293 F. 3d 74,79(2nd CIR 2002]

THESE SUBSTANTIVE RULES ARE APPLIED RETROACTIVELY BECAUSE THEY " NECESSARILY CARRY A SIGNIFICANT RISK THAT A DEFENDANT STANDS CONVICTED OF AN ACT THAT THE LAW DOES NOT MAKE A CRIMINAL [OR] FACES A PUNISHMENT THAT THE LAW CANNOT IMPOSE UPON HIM ". SCHRIRO,542 U.S. AT 352. [SEE SAFFLE v.PARKS,494 U.S.484,494[1990].

THE ONE YEAR WINDOW FOR THE FILING OF A DEPIERRE CLAIM IS QUICKLY CLOSING AS DEPIERRE WAS DECIDED ON JUNE 9, 2011[SEE, DODD v. UNITED STATES,545 U.S. 353,354-55[2005] THEREFORE THE SAID DEFENDANT HUMBLY ASK THAT THIS MOTION BE GRANTED AND THE TIME CLOCK BE STOPPED UNTIL ALL RELATIVE SUBMISSIONS RELATING TO DEFENDANTS APPEALS AND RESENTENCING IS COMPLETED.

RESPECTFULLY,

*[signature]*

LA' VON DOBIE #38360-037
SFF-HAZ[J2-104]
P.O. BOX 3000
BRUCETON MILLS, WV 26525