5-23-12

La'Von Dobie v U.S.
District Court of Greenbelt Maryland
c/o Court of Clerk
Case # RWT-04-0235

Please find enclosed a motion I desire to be filed; in spite of its informal nature. I would also like to know if a resentencing hearing has been scheduled for me. (La'Von Dobie, Case # RWT-04-0235)

Has the District Court notified the Federal Bureau of Prisons that the 146 months sentence for my Count One charge was vacated and remanded back to the District Court for resentencing; so my time can be recalculated to reflect the 108 month sentence I am currently serving until I am resentenced on the Co[unt] One charge.

[Your assistance] in this matter is greatly appreciated[. Please] acknowledge receipt of this letter and enclosed motion, while providing me with any information regarding my case, time and resentencing.

Respectfully
La'Von Dobie # 38360-037
SFF-HAZ (J2-104L)
P.O. Box 3000
Bruceton Mills, WV 26525