**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**                                                                                                                 **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                                                                   **GREENBELT, MARYLAND 20770**
                                                                                                                                                          **301-344-0052**

M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *United States of America v. Lavon Dobie*
Criminal No. RWT-04-235-9

DATE: June 22, 2012

\* \* \* \* \* \* \* \* \*

At the request of the parties, the resentencing of the Defendant, a hearing on Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense [ECF No. 1476] and Defendant's Motion to Hold in Abeyance the Right to File a Motion Under 2255 [ECF No. 1515] that is currently scheduled for July 17, 2012 at 1:00 p.m. is **RESCHEDULED for October 29, 2012 at 3:30 p.m.  The presence of the Defendant is required.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge