**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0627

August 9, 2012

Lavon Dobie, No. 38360-037
U.S.P Hazelton
SFF-HZ J2103L
P.O. Box 3000
Bruceton Mills, WV  26525

Re:  United States v. Lavon Dobie
     Case No.: RWT 04-0235

Dear Ms. Dobie:

    I am in receipt of your Motion to Replace Appointed Counsel (ECF No. 1517).  On March 23, 2012 I appointed Mirriam Seddiq to represent you at your re-sentencing hearing scheduled for October 29, 2012 at 3:30 p.m. before Judge Titus.  During your re-sentencing hearing, your Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offenders (ECF No. 1476) and your Motion to Hold in Abeyance the Right to File a Motion under 2255 (ECF No. 1515) will also be considered.

    Your request to replace Ms. Seddiq is based on your contention that "upon doing a background check on her work history, it appears she has virtually no experience or practical courtroom skills to handle my [r]esentencing." ECF No. 1517 at 1.  Ms. Seddiq is a graduate of Albany Law School and has been a practicing lawyer for fourteen years with extensive experience in the federal courts in New York and Maryland.  After moving to the Washington, DC area, Ms. Seddiq underwent significant review by this court's Criminal Justice Act Committee and was approved for felony appointments in May 2010.  According to the court's records, Ms. Seddiq has represented forty-one individuals before this court in serious criminal matters.  I have personally observed Ms. Seddiq in more than a dozen cases and I can attest to her ability, judgment and work ethic.

    I am aware that Ms. Seddiq has visited you once at U.S.P. Hazelton in West Virginia, corresponds with you via email on a regular basis and is concluding reading the transcript of your 42 day trial.  I have no doubt that Ms. Seddiq will represent you well before Judge Titus.

    The Motion to Replace Appointed Counsel (ECF No. 1517) is DENIED.

Sincerely,

William Connelly
United States Magistrate Judge