IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No.: RWT 04cr235 |
| **LAVON DOBIE** | * | |

# ORDER

On November 22, 2011, Defendant filed a Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense under 18 U.S.C. § 3582 [ECF No. 1476].  On May 24, 2012, Defendant filed a Motion to Hold in Abeyance Right to File a Motion under 18 U.S.C. § 2255 Pending Resentencing [ECF No. 1515].  On May 31, 2012, Defendant filed a Motion for Filing of Depierre Claim to be Held in Abeyance [ECF No. 1519].  Despite the considerable amount of time that has passed, the government has yet to file a response to any of Defendant's motions.

On November 2, 2011, the Fourth Circuit vacated Defendant's sentence and remanded the case to this Court for resentencing [ECF No. 1475-1].  A resentencing hearing and hearing on all pending motions is scheduled for October 29, 2012 at 3:30 p.m.  Accordingly, it is this 17th day of October 2012, by the United States District Court for the District of Maryland,

**ORDERED**, that the government is **DIRECTED TO FILE** a memorandum in response to Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense under 18 U.S.C. § 3582 [ECF No. 1476], Motion to Hold in Abeyance Right to File a Motion under 18 U.S.C. § 2255 Pending Resentencing [ECF No. 1515], and Motion for Filing of

Depierre Claim to be Held in Abeyance [ECF No. 1519], together with any memorandum relating to the resentencing of the Defendant, **by close of business on October 24, 2012**; and it is further

**ORDERED**, that Defendant is **DIRECTED TO FILE** any sentencing memoranda setting forth her position on her resentencing **by close of business on October 24, 2012**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE