# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No.: RWT 04cr235 |
| **LAVON DOBIE** | * | |

## ORDER

Due to the Court's weather-related closure on October 29-30, 2012, it is this 2nd day of November 2012, by the United States District Court for the District of Maryland,

**ORDERED**, that the resentencing and motions hearing scheduled for October 29, 2012 is hereby **RESCHEDULED** for **November 20, 2012 at 11:00 a.m.**

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE