IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No.: RWT 04cr235 |
| **LAVON DOBIE** | * | |

# ORDER

On November 20, 2012, the Court held a hearing on Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense under 18 U.S.C. § 3582 [ECF No. 1476], Motion to Hold in Abeyance Right to File a Motion under 18 U.S.C. § 2255 Pending Resentencing [ECF No. 1515], and Motion for Filing of Depierre Claim to be Held in Abeyance [ECF No. 1519].  Upon consideration of the motions and the arguments of counsel presented at the hearing, it is, for the reasons stated in the record, this 20th day of November, 2012, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense under 18 U.S.C. § 3582 [ECF No. 1476] is **DENIED**; and it is further

**ORDERED**, that Defendant's Motion to Hold in Abeyance Right to File a Motion under 18 U.S.C. § 2255 Pending Resentencing [ECF No. 1515] is **DENIED AS MOOT**; and is is further

**ORDERED**, that Defendant's Motion for Filing of Depierre Claim to be Held in Abeyance [ECF No. 1519] is **DENIED AS MOOT**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE