UNITED STATES OF AMERICA UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Southern Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Criminal No. 8:04-cr-00235 |
| | ) | |
| v. | ) | NOTICE OF APPEAL |
| | ) | |
| **LAVON DOBIE** | ) | |
| | ) | |
| **Defendant.** | ) | |

Notice is hereby given that Lavon Dobie, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on the 20th day of November, 2012.

/s/_____
Mirriam Z. Seddiq
3022 Javier Road, Room 105A
Fairfax, Virginia 22031
(703) 389-9830 mirriam.seddiq@gmail.com