FILED: December 4, 2012

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 12-8052

(8:04-cr-00235-RWT-9)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker

       Defendant - Appellant

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:04-cr-00235-RWT-9 |
| Date notice of appeal filed in originating court: | 11/29/2012 |
| Appellant (s) | Lavon Dobie |
| Appellate Case Number | 12-8052 |
| Case Manager | Cathy Poulsen<br>804-916-2704 |