**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS

RETURN TO SENDER
GONE OVER 30 DAYS.



049J82024319

$00.45⁰
11/21/2012
Mailed From 20770
US POSTAGE

FILED                 ENTERED
LOGGED                RECEIVED

DEC 03 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY          DEPUTY

La'Von Dobie  #38360-037
SFF-Haz[J2-104L]
P.O. Box 3000
Bruceton Mills, WV  26525

NIXIE       250   DE 1        00 11/28/12

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 20770124999      *1731-03517-21-44