UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0052

M E M O R A N D U M

TO:    Counsel of Record
       Clerk of the Court

FROM:  Judge Roger W. Titus

RE:    *United States of America v. Lavon Dobie*
       Criminal Case No. RWT-04-0235-9

DATE:  January 7, 2013

\* \* \* \* \* \* \* \* \*

On January 2, 2013, the attached letter was received directly in chambers from the defendant. The Clerk of the Court is hereby DIRECTED to docket Defendant Dobie's letter as a motion for amendment of sentence. The Government is directed to respond within 30 days of the date of this memorandum.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE