TRULINCS 38360037 - DOBIE, LAVON - Unit: OKL-E-C

------------------------------------------------------------------------------------------

FROM: 38360037
TO: Seddiq, Mirriam
SUBJECT: AMENDMENT OF SENTENCING ORDER
DATE: 12/18/2012 08:20:32 AM

RECEIVED IN THE CHAMBERS OF
ROGER W. TITUS

JAN 0 2 2013

UNITED STATES DISTRICT JUDGE

HONORABLE JUDGE TITUS

NOW COMES THE DEFENDANT LA' VON DOBIE BEFORE THIS HONORABLE COURT FOR AMENDMENT OF THE SENTENCE IMPOSED ON NOVEMBER 20,2012 . TO INCLUDE RECOMMENDATION FOR PLACEMENT IN A HALFWAY HOUSE [RESIDENTIAL REENTRY COMMUNITY PROGRAMS]. YOUR HONOR,THE SENTENCING ORDER YOU IMPOSED UPON ME ON DECEMBER 19,2006 NOR THE ORDER IMPOSED ON NOVEMBER 20,2012 INCLUDED A RECOMMENDATION FOR RRCP " HALFWAY HOUSE" PLACEMENT AND UNFORTUNATELY WITHOUT IT; I MAY NOT BE ALLOWED TO BE PLACED IN ONE.  DUE TO MY BEING INCARCERATED FOR THE LAST EIGHT YEARS ,SIX-MONTHS AND EIGHTEEN DAYS , THE HALFWAY HOUSE WOULD  BENEFIT ME GREATLY.
 I AM HUMBLY ASKING FOR A YEAR  PLACEMENT IN THE HALFWAY HOUSE ,SO I CAN ACQUIRE MEANINGFUL EMPLOYMENT THAT IS CONDUCIVE TO MY CAREER GOALS AND RE-ESTABLISH MYSELF POSITIVELY BACK INTO SOCIETY AND MAKE THE TRANSITION SMOOTHLY; WHILE TAKING ADVANTAGE OF THE MANY BENEFITS  THE HALFWAY HOUSE WOULD  PROVIDE. IF AT ALL POSSIBLE CAN YOU , RECOMMEND THAT I BE PLACED IN THE PRE-RELEASE CENTER IN ROCKVILLE, MARYLAND IF THEY STILL SERVE FEDERAL INMATES . I WILL RESIDE IN FORT WASHINGTON ,MARYLAND  WITH MY MOTHER; UNTIL I OBTAIN MY OWN RESIDENCE.

IN SPITE OF THE INFORMAL NATURE OF THIS DOCUMENT PLEASE CONSIDER IT A MOTION.

REPSECTFULLY,
-------------------
LA' VON DOBIE #38360-037
SFF-HAZ[J2]
P.O.BOX 3000
BRUCETON MILLS, WV 26525

NAME: LA'VON DOBIE
REG# 38360-037
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

OKLAHOMA CITY OK 730
26 DEC 2012 PM 6 L



RECEIVED IN THE CHAMBERS OF
ROGER W. TITUS
JAN 02 2013
UNITED STATES DISTRICT JUDGE

United States District Court
c/o Honorable Judge Titus
6500 Cherrywood Lane
Greenbelt, Maryland
20770