FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JAN 22 P 1:16

CLERK'S OFFICE
AT GREENBELT

BY_____ DEPUTY

U.S. District Court
c/o US States Attorney Office
6500 Cherrywood Lane
Greenbelt, MD 20770

Ta-Von Dobie
#38360-037
SFF-HAZ (J2-121-L)
P.O. Box 3000
Bruceton Mills, WV
26525

*LEGAL MAIL*