## APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: _01/02/13_ | District: U.S. District Court of Maryland | District Case No.: RWT 04-0235 |
|---|---|---|
| ___ First NOA in Case<br>✓ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA ___ Paper Supp.<br>Vols: _____<br>Other: _____ | Division: Southern<br><br>Caption: United States of America<br>v.<br>Lavon Dobie | 4CCA No(s). for any prior NOA: USCA No. 12-8052<br><br>4CCA Case Manager:<br><br>Cathy Poulsen |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| Confinement-Criminal Case:<br>___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>___ In custody<br>___ On bond<br>___ On probation<br>Defendant Address-Criminal Case: | Fee Status:<br>___ No fee required (USA appeal)   ___ Appeal fees paid in full   ___ Fee not paid<br><br>Criminal Cases:<br>✓ District court granted & did not revoke CJA status (continues on appeal)<br>___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>___ District court never granted CJA status (must pay fee or apply to 4CCA)<br><br>Civil, Habeas & 2255 Cases:<br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to 4CCA) |
|---|---|
| District Judge:<br>Roger W. Titus | PLRA Cases:<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| Court Reporter (list all):<br>Linda Marshall, Sharon O'Neill, Tracy Dunlap<br><br><br>Coordinator: | Sealed Status (check all that apply):<br>✓ Portions of record under seal<br>___ Entire record under seal<br>___ Party names under seal<br>___ Docket under seal |

| Record Status for Pro Se Appeals (check any applicable):<br>___ Assembled electronic record transmitted<br>___ Additional sealed record emailed to 4cca-filing<br>___ Paper record or supplement shipped to 4CCA<br>___ No in-court hearings held<br>✓ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: | Record Status for Counseled Appeals (check any applicable):<br>___ Assembled electronic record available if requested<br>___ Additional sealed record available if requested<br>___ Paper record or supplement available if requested<br>___ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: |
|---|---|

Deputy Clerk: Kathy Chiarizia        Phone: 301-344-3104        Date: 02/21/13