RWT   04-235-009

___ FILED      ___ ENTERED
___ LOGGED   [JM] RECEIVED

MAR 0 4 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

2/28/12

Honorable Judge Titus,

I pray this letter finds you well. I am writing to inquire about the status of the motions, I filed since being sentenced on November 20, 2012.

The docket revealed, you ordered the Government to reply by January 25th, 2012 and February 8, 2012 on the last motion/letter.

Enclosed is a copy of a letter, I sent to the Federal Bureau of Prisons Regional Office; regarding the calculation of my sentence.

Your Honor, I have not heard anything from Attorney Seddiq, since being informed in Oklahoma, by her that something was done wrong about my appeal and she was awaiting reappointment. Is Attorney Seddiq, my CJA appointed Attorney? Can the courts please provide me with a mailing address for Attorney Seddiq?

Can the courts _please_ provide me with a copy of All Replys (Memorandums) the government submit regarding my case 04-0235-(9).

Your Succor and Empathy is Appreciated!

Respectfully,

a'Von Dobie #38360-037
SFF-HAZ (JZ-121-L)
P.O. BX 3000
Bruceton Mills, WV 26525