TRULINCS  38360037 - DOBIE, LAVON - Unit: HAZ-J-B

--------------------------------------------------------------------------------

FROM: 38360037
TO:
SUBJECT: recalculation of time
DATE: 02/12/2013 04:55:55 PM

DEAR SIR/MADAM :

 I PRAY THIS MISSIVE FINDS YOU WELL. I AM WRITING TO HUMBLY ASK THAT THE CALCULATION OF MY SENTENCE BE REVIEWED AND  FOR CLARITY OF HOW IT IS CALCULATED ;IF NO ERROR WAS MADE PLEASE. ON JUNE 1,2004 ,I WAS ARRESTED AND DECEMBER 19,2006 I WAS SENTENCED TO A TOTAL OF 206 MONTHS. I WAS CONVICTED OF SEVEN COUNTS [FIVE COUNTS WITH A 48 MONTH SENTENCE ON EACH , THAT WERE RANNED CONCURRENT TO THE COUNT 1 CONSPIRACY CHARGE; IN WHICH I RECEIVED A 146 MONTH SENTENCE ON. I ALSO WAS SENTENCED TO 60 MONTHS FOR A 924(c) WHICH WAS RAN CONSECUTIVE TO THE 146 MONTHS COUNT1 CHARGE AND ALL OTHER COUNTS.

ON NOVEMBER 20,2012 MY SENTENCE WAS MODIFIED DUE TO THE FOURTH CIRCUIT COURT OF APPEALS VACATING/ REMANDING MY COUNT 1 CONVICTION BACK TO THE DISTRICT COURT. THE HONORABLE JUDGE TITUS ,RESENTENCED ME TO 110 MONTHS ON THE COUNT 1 AND MADE NO OTHER CHANGES TO MY ORIGINAL SENTENCE. AT THE TIME OF MY RESENTENCING I HAD BEEN IN CUSTODY FOR  EIGHT CALENDAR YEARS AND A FEW DAYS SHORT OF SIX MONTHS. THE TIME I SERVED, WAS MORE THAN ENOUGH TO SATISFY THE 110 MONTH SENTENCE ,WITHOUT ANY GOOD DAYS . I ACTUALLY EXCEEDED THE REQUIRED 97 MONTHS NEEDED TO SATISFY A 110 MONTH SENTENCE, LEAVING ME WITH ONLY THE 60 MONTH CONSECUTIVE SENTENCE. ANY TIME EXCEEDING THE 110 MONTHS AS WELL AS ALL  ACCUMULATED GOOD DAYS; I ASSUMED WOULD BE APPLIED TO MY CONSECUTIVE SENTENCE. I ALSO RECEIVED 938 JAIL CREDITS IN WHICH I ASSUMED WAS FOR BOTH OF MY SENTENCES BUT THE CALCULATION IS REFLECTING ONE SENTENCE AND THAT I ONLY RECEIVED CREDIT TOWARDS THE ENTIRE 206 MONTHS I WAS INITIALLY SENTENCED TO OPPOSE TO MY CONSECUTIVE SENTENCE AS WELL.

CAN YOU PLEASE EXPLAIN WHY MY SENTENCE HAVE BEEN CALCULATED AS SUCH OPPOSE TO BEING CALCULATED AS TWO SEPARATE SENTENCES AS I WAS SENTENCED .  ALSO CAN YOU PLEASE INFORM ME, IF DUBLIN ,CALIFORNIA IS AUTHORIZED TO GIVE ONE TIME OFF THEIR SENTENCE FOR COMPLETING THE RESIDENTIAL DRUG PROGRAM ; IN SPITE OF ONE BEING CONVICTED WITH A 924(c) EVEN IF THEY WERE NOT SENTENCED OUT OF THE ELEVENTH CIRCUIT.

 YOUR SUCCOR IN THIS MATTER IS GREATLY NEEDED AS IT IS APPRECIATED !

LA ' VON DOBIE # 38360-037
SFF-HAZ [J2-121-L]
P.O.BOX 3000
BRUCETON MILLS, WV 26525

CC: HONORABLE JUDGE TITUS
6500 CHERRY WOOD LANE
GREENBELT, MARYLAND 20770