D'Von Dobie
#38360-037
SFF-HAZ (J2-121-L)
P.O. BX 3000
Bruceton Mills, WV
26525

\* LEGAL MAIL \*

RWT 04-235-009

U.S. District Court of Maryland
Clerk of the Courts Office
C/o Honorable Judge R.W. Titus
6500 Cherry Wood Lane
Greenbelt, Maryland
20770

CLARKSBURG WV 263
01 MAR 2013 PM 2 T

FILED _____ ENTERED
LOGGED  ✓  RECEIVED

MAR 0 4 2013
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Freedom FOREVER