FILED: March 15, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4208

(8:04-cr-00235-RWT-9)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, Dobie Parker

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:04-cr-00235-RWT-9 |
| Date notice of appeal filed in originating court: | 01/02/2013 |
| Appellant (s) | Lavon Dobie |
| Appellate Case Number | 13-4208 |
| Case Manager | Cathy Poulsen<br>804-916-2704 |