FILED: March 15, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-8052 (L)
(8:04-cr-00235-RWT-9)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker

    Defendant - Appellant

_____

No. 13-4208
(8:04-cr-00235-RWT-9)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, Dobie Parker

    Defendant - Appellant

_____

O R D E R
_____

The court consolidates Case No. 12-8052 and Case No. 13-4208. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk