IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No.: RWT 04cr235 |
| **LAVON DOBIE** | * | |

# ORDER

On January 8, 2013, Defendant filed a Motion to Amend Judgment [ECF No. 1596]. On January 22, 2013, Defendant filed a Motion to Remand [ECF No. 1600]. Despite the considerable amount of time that has passed, the government has yet to file a response to either of Defendant's motions. Accordingly, it is this 16th day of August, 2013, by the United States District Court for the District of Maryland,

**ORDERED**, that the government is **DIRECTED TO FILE** a response to Defendant's Motion to Amend Judgment [ECF No. 1596] and Motion to Remand [ECF No. 1600] **on or before September 6, 2013.**

/s/
PETER J. MESSITTE FOR
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE