FILED: December 6, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-8052 (L)
(8:04-cr-00235-RWT-9)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker

    Defendant - Appellant

_____

No. 13-4208
(8:04-cr-00235-RWT-9)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, Dobie Parker

    Defendant – Appellant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Gregory and Judge Duncan.

                              For the Court

                              /s/ Patricia S. Connor, Clerk