FILED: December 16, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-8052 (L)
(8:04-cr-00235-RWT-9)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker

      Defendant - Appellant

_____

No. 13-4208
(8:04-cr-00235-RWT-9)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, Dobie Parker

      Defendant - Appellant

_____

## M A N D A T E

_____

The judgment of this court, entered 10/17/2013, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*