

# Cosmetology
## Student of the Month

**Lavon Dobie**

November 2013

J. Howard