TRULINCS  38360037 - DOBIE, LAVON - Unit: CRW-H-S

------------------------------------------------------------------------------------------------------------

FROM: 38360037
TO:
SUBJECT: MOTION FOR RETURN OF PROPERTY
DATE: 04/14/2014 06:54:34 PM

LA' VON DOBIE
    VS
UNITED STATES

CASE # 04-0235

      NOW COMES THE DEFENDANT LA' VON DOBIE ,PRO SE PETITIONING THE COURT FOR THE RETURN OF HER ALLOWABLE SEIZED PROPERTY. THE DEFENDANT HAS ENDURED THE DEMISE OF HER HUSBAND MOST RECENTLY, AS WELL AS THE DEMISE OF BOTH MATERNAL GRANDPARENTS AND HER ONLY SIBLING ,SINCE HER ARREST ON JUNE 1,2004.

 THE DEFENDANT IS HUMBLY ASKING THAT HER PHOTOS/WATCHES  BE RETURNED TO HER DUE TO THE SENTIMENTAL VALUE.THE PROPERTY CONSIST OF PHOTOS OF THE DECEASED MENTIONED ABOVE AS WELL AS THE BIRTH OF HER GRANDSON. ALONG WITH THE WATCHES, THAT WERE GIFTS FROM HER GRANDPARENTS AS WELL AS A WATCH  THAT BELONGS TO THE DECEASED. NUMEROUS OF CAMERAS WERE SEIZED WITH UNDEVELOPED FILM, THAT THE DEFENDANT IS HUMBLY ASKING BE RETURNED. IN 2006, VIA ATTORNEY PETER WARD ,THE DEFENDANT HUMBLY ASKED FOR THE RETURN OF THE ABOVE MENTIONED PROPERTY AND WAS TOLD THE PROSECUTOR[MS. JOHNSTON OR GREENBERG] STATED IT COULD NOT BE RETURNED UNTIL ALL APPEALS HAD BEEN EXHAUSTED .

I THE DEFENDANT HAVE NO INTENTION OR EXPECTATIONS THAT THIS CASE WILL BE RETRIED AND NOW WOULD LIKE FOR THIS MOTION TO BE GRANTED, ORDERING THE GOVERNMENT TO RETURN ALL ALLOWABLE PROPERTY OR RELEASE IT TO AN INDIVIDUAL AUTHORIZED BY THE DEFENDANT TO RECEIVE IT. ENCLOSED FIND A COPY OF THE LETTER STATING THE GOVERNMENT DO NOT WANT TO PURSUE FORFEITURE FOR 102 PIECES OF JEWELRY SEIZED FROM THIS DEFENDANT AND IT WAS RETURNED TO THE DEFENDANT AND PICKED UP BY THE DEFENDANTS MOTHER. I ASKED THAT MS. LOWERY-SMITH[MY MOTHER BE ALLOWED TO PICK UP THE ABOVE SEIZED ITEMS FROM COURTS.

I HUMBLY ASK THAT THE GOVERNMENT CONCEDE WITH THE DEFENDANTS REQUEST TO HAVE THE PROPERTY RETURNED AND DOES NOT POSE ANY OPPOSITION TO THE GRANTING OF THIS MOTION.

IN SPITE OF THE INFORMAL NATURE OF THIS DOCUMENT PLEASE CONSIDER IT AS LEGAL MOTION.

RESPECTFULLY,

--------------------------------------

LA ' VON DOBIE # 38360-037
FMC-REQUEST[1-S-131-L]
REQUEST 27137     P.O. Box 27137
REQUEST 76127     FT. WORTH, TX 76127

04/12/2005   10:52   7033188664          CBP

PO Box 17423
Washington, DC 20041



**U.S. Customs and
Border Protection**

April 8, 2005
Port Case No.
2004-5401-000221-01

Ms. Lavon D. Dobie - 044198
22880 Whelan Lane
Boyds, MD 20841

        Re: 172 Pieces of Jewelry

Dear Ms. Dobie:

This is in response to your claim form and request to forward this case to the U.S.
Attorney for court action.  The United States Attorney decision has made the decision
that Judicial action will not be pursued on this case.

The property will be available for release upon receipt of the enclosed signed and
notarized Hold Harmless Agreement.  If you wish to have the property released to
another individual acting on your behalf, sign and have notarized the attached
Designation of Representative and Limited Power of Attorney.  A picture identification
will be required for that person to pick up the property.  Both of these documents must
be notarized and the original signed and notarized documents returned to this office.

If you have any questions regarding this matter please contact me at (703) 318-5900
ext. 212.

Sincerely,

Julie E. Bedenbaugh
Fines, Penalties, and forfeitures Officer
Port of Washington, D.C.

Enclosures

    -Hold Harmless Agreement
    -Designation of Representative and Limited Power of Attorney