Case 8:04-cr-00235-DKC   Document 1678-1   Filed 04/14/14   Page 1 of 1

Name LA'VON DOBIE
Reg. No. # 38360-037
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
16 APR 2014 PM 11 L



⇔38360-037⇔
District Court Of Md
6500 Cherrywood LN
C/O Judge Titus
Greenbelt, MD 20770
United States

RECEIVED IN THE CHAMBERS OF
ROGER W TITUS

APR 21 2014

UNITED STATES DISTRICT JUDGE

2077012499