Case 8:04-cr-00235-DKC  Document 1687-1  Filed 06/20/14  Page 1 of 1
Case 8:04-cr-00235-RWT  Document 1678  Filed 04/14/14  Page 2 of 2
PAGE 0

PO Box 17423
Washington, DC 20041



U.S. Customs and
Border Protection

April 8, 2005
Port Case No.
2004-5401-000221-01

Ms. Lavon D. Dobie - 044198
22880 Whelan Lane
Boyds, MD 20841

Re: 172 Pieces of Jewelry

Dear Ms. Dobie:

This is in response to your claim form and request to forward this case to the U.S. Attorney for court action. The United States Attorney decision has made the decision that Judicial action will not be pursued on this case.

The property will be available for release upon receipt of the enclosed signed and notarized Hold Harmless Agreement. If you wish to have the property released to another individual acting on your behalf, sign and have notarized the attached Designation of Representative and Limited Power of Attorney. A picture identification will be required for that person to pick up the property. Both of these documents must be notarized and the original signed and notarized documents returned to this office.

If you have any questions regarding this matter please contact me at (703) 318-5900 ext. 212.

Sincerely,

Julie E. Bedenbaugh
Fines, Penalties, and forfeitures Officer
Port of Washington, D.C.

Enclosures
- Hold Harmless Agreement
- Designation of Representative and Limited Power of Attorney