From: Murray, Marisa
To: Johnston, Deborah (USAMD); Snyder, Stephen P; Eveler, Thomas L
Subject: RE: FPF Case# 2004540100022101- LAVON DOBIE
Date: Friday, June 20, 2014 8:42:08 AM

Good Morning.

The only thing I have tangible are 2 screen shots reflecting the return of the property because the Dulles Office destroyed the file once they returned the property.





*Marisa K. Murray*
Seized Property Specialist
Homeland Security Investigations
Baltimore Field Office
40 S. Gay Street, 3rd Floor
Baltimore, MD 21202
(410)779-7510 Desk
(443)630-5191 Cell
(410)962-3469 Fax