

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

| | | | |
|---|---|---|---|
| *Deborah A. Johnston* | *Mailing Address:* | *Office Location:* | *DIRECT: 301-344-4032* |
| *Assistant United States Attorney* | *6500 Cherrywood Lane, Suite 200* | *6406 Ivy Lane, 8th Floor* | *MAIN: 301-344-4433* |
| *Deborah.Johnston@usdoj.gov* | *Greenbelt, MD 20770-1249* | *Greenbelt, MD 20770-1249* | *FAX: 301-344-4516* |

June 20, 2014

The Honorable Roger W. Titus
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland  20770

      Re:   <u>United States v. Lavon  Dobie</u>
            Crim. No. RWT-04-0235

Dear Judge Titus:

      On today's date, the government filed a response to Ms. Dobie's Motion for Return of Property (Docket No. 1678).   Subsequent to filing the response, I received a telephone call from the case agent who advised, they were in fact able to locate the watches which had been marked as a trial exhibit, as well as photographs, and the photographs from the undeveloped film (which was subsequently developed).

      As a result, the attached letter was sent to Ms. Dobie advising her to have her designee contact Special Agent Stephen Snyder to make arrangements to retrieve the items.

      Given the pending motion for return of property, I wanted to advise the court of this new development.

                                       Very truly yours,

                                       Rod J. Rosenstein
                                       United States Attorney

                            By: _____/s/_____
                                  Deborah A. Johnston
                                  Assistant United States Attorney

Attachment