

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

| | | | |
|---|---|---|---|
| *Deborah A. Johnston* | *Mailing Address:* | *Office Location:* | *DIRECT: 301-344-4032* |
| *Assistant United States Attorney* | *6500 Cherrywood Lane, Suite 200* | *6406 Ivy Lane, 8th Floor* | *MAIN: 301-344-4433* |
| *Deborah.Johnston@usdoj.gov* | *Greenbelt, MD 20770-1249* | *Greenbelt, MD 20770-1249* | *FAX: 301-344-4516* |

June 20, 2014

Lavon Dobie
FMC Carswell
Federal Medical Center
PO Box 27137
Ft. Worth, TX  76127

  Re: <u>US v. Paulette Martin, et al</u>
    Criminal No. RWT-04-0235

Dear Ms. Dobie:

  Please be advised that case agent Stephen Snyder has reviewed the evidence which was in storage.  He was able to locate government Exhibit #9, which contained three watches and a ring.  He was also able to locate photographs seized from your residence.  In addition, the undeveloped film was developed and those photographs are also in the custody of Homeland Security Investigations, formerly Immigration and Customs Enforcement.

  SA Snyder is prepared to release those items to your designee.  Case agent Snyder may be reached by email at <u>Stephen.P.Snyder@ice.dhs.gov</u> and by telephone at 443-801-0800.

            Very truly yours,

            Rod J. Rosenstein
            United States Attorney


          By: _____/s/_____
            Deborah A. Johnston
            Assistant United States Attorney