RECEIVED IN THE CHAMBERS OF
ROGER W TITUS

JUN 1 9 2014      6-15-14

UNITED STATES DISTRICT JUDGE

FILED _____ ENTERED _____
_____ LODGED _____ RECEIVED

JUN 2 0 2014

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

RWT 04cr0235-009

Honorable Judge Titus

I pray this letter finds you well.

I am writing to humbly request appointment of counsel, in regards of the motions, I now have pending before you. If at all possible can attorney Mariam Beddy be reappointed. She represented me on November 20, 2012 when I appeared before you on remand for resentencing.

Your Honor, can you please order the court to forward me a copy of the government's reply to my pending motions.

In spite of the informal nature of this document please consider it a motion for appointment of counsel and a motion to have a copy of the government's reply to my pending (pro se) motions before the Honorable Court.

Respectfully

[signature] #38360-037

FMC-Carswell
P.O. Box 27137
Ft. Worth, TX 76127