Name: LA'VON DOBIE
Reg. No. #38360-037
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

RWT04cr0235-009

⇔38360-037⇔
District Court Of Md
6500 Cherrywood LN
C/O Judge Titus
Greenbelt, MD 20770
United States

RECEIVED IN THE CHAMBERS OF
ROGER W. TITUS

JUN 1 9 2014

UNITED STATES DISTRICT JUDGE

20770124999