AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America )
v. )
Lavon Dobie )  Case No: RWT-04-0235
 )  USM No: 38360-037
Date of Original Judgment: 11/19/2010 )
Date of Previous Amended Judgment: 11/20/2012 )  Sapna Mirchandani
(Use Date of Last Amended Judgment if Any)  Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  170  months **is reduced to**  152 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

The sentence for count one is reduced from 110 months to 92 months. The sentence for counts 34, 47, 50, 53, and 57 is 48 months, to run concurrently to the sentence for count one. The sentence for count 61 is 60 months, to run consecutively to the other terms, for a total of 152 months.

Except as otherwise provided, all provisions of the judgment dated  11/20/2012  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: December 8, 2014

Effective Date: 11/01/2015
*(if different from order date)*

The Honorable Roger W. Titus, U.S. District Judge
*Printed name and title*