IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal Case No. RWT-04-0235 |
| **LAVON DOBIE** | * | |

### ORDER

Lavon Dobie has filed a Supplemental Motion to Request a Modification to Sentence. ECF No. 1676.  In essence, Dobie requests that the Court amend its judgment so as to allow her to be eligible for prerelease custody.[1]  *Id.*  Dobie does not allege that there was any error in the judgment that would allow the Court to modify her sentence pursuant to Federal Rule of Criminal Procedure 35, or any other provision of federal law.[2]  At this stage, the Court is simply without authority to reduce Dobie's sentence simply so that she can be eligible for prerelease custody.[3]

Accordingly, it is, this 23rd day of December, 2014, by the United States District Court for the District of Maryland,

---

[1] 18 U.S.C. § 3624(c)(1) allows the Bureau of Prisons to allow a prisoner to spend the final part of their sentence, not to exceed 12 months, "under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community."
[2] The Court may modify a sentence for extraordinary and compelling reasons, but only upon motion of the Director of the Bureau of Prisons.  18 U.S.C. § 3582(c)(1)(A)(i).
[3] The Court notes that, pursuant to 3582(c)(2), Dobie's sentenced was reduced from 170 months to 152 months following a subsequent change in her sentencing range, such reduction to be effective on November 1, 2015.  ECF  No. 1729.

**ORDERED**, that Defendant Lavon Dobie's Supplemental Motion to Request a Modification to Sentence [ECF No. 1676] **is DENIED**; and it is further

**ORDERED**, that the Clerk shall mail a copy of this Order to Defendant.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE