# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                     **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                              **GREENBELT, MARYLAND 20770**
                                                                                                                                                                 **301-344-0052**

## M E M O R A N D U M

TO:         Clerk of the Court
               Counsel of Record
               Lavon Dobie

FROM:     Judge Roger W. Titus

RE:        *United States of America v. Lavon Dobie*
               Criminal Case No. RWT 04-0235

DATE:     March 3, 2015

\* \* \* \* \* \* \* \* \*

      My chambers received on March 2, 2015, the attached correspondence from Defendant, Lavon Dobie. The Clerk is directed to docket the attached correspondence as a Motion to Correct Sentence.

      The Defendant is reminded that all filings in this case must be sent directly to the Clerk's Office for docketing, and not sent directly to my chambers.

      The Government is directed to respond to Defendant's motion within twenty-eight (28) days of the date of this Order.

      Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly. The Clerk is also directed to mail a copy of this Memorandum Order to the Defendant.

                                                                     /s/
                                                   Roger W. Titus
                                                   United States District Judge

Attachment