TRULINCS 38360037 - DOBIE, LAVON - Unit: CRW-H-N

---

RECEIVED IN THE CHAMBERS OF
ROGER W. TITUS

MAR 0 2 2015

UNITED STATES DISTRICT JUDGE

FROM: 38360037
TO:
SUBJECT: CORRECT SENTENCE IMPOSED
DATE: 02/24/2015 03:07:53 PM

HONORABLE JUDGE TITUS,

NOW COMES THE DEFENDANT LA' VON DOBIE # 38360-037 PETITIONING THIS HONORABLE COURT TO RE-ITERATE THE SENTENCE IMPOSED BY THIS HONORABLE COURT ON DECEMBER 8TH,2014 WITH AN EFFECTIVE DATE OF NOVEMBER 1,2015. DEFENDANT DOBIE WAS RESENTENCED TO A TOTAL OF 152 MONTHS AFTER HER COUNT 1 SENTENCE WAS REDUCED TO 92 LEAVING ALL OTHER REMAINING COUNTS [34,47,50,53 AND 57] RUNNING CONCURRENT; WITH THE EXCEPTION OF THE 924[C] COUNT 61 SENTENCE OF 60 MONTHS, WHICH IS CONSECUTIVE TO ALL OTHER TERMS FOR A TOTAL OF 152 MONTHS.[SEE ATTACHED SENTENCE ORDER]

YOUR HONOR , THE FEDERAL BUREAU OF PRISONS HAS RECALCULATED THE SAID DEFENDANT'S SENTENCE TO A TOTAL OF 156 MONTHS OPPOSE TO THE 152 MONTHS THE DEFENDANT WAS ACTUALLY RESENTENCED TO ON DECEMBER 8,2014. DESPITE THE EFFECTIVE DATE NOT BEING UNTIL NOVEMBER 1,2015 AND THE COURT ORDER STATING A TOTAL OF 152 MONTHS. THE FEDERAL BUREAU OF PRISON LACKS THE AUTHORITY TO INCREASE OR DECREASE A DEFENDANTS COURT ORDERED SENTENCE . THE INCREASE OF FOUR MONTHS IS A VIOLATION OF THE LAW AND THIS DEFENDANTS CONSTITUTIONAL RIGHTS. PLEASE SEE ATTACHED COMPUTATION SHEET VERIFYING THE THE 4 MONTH INCREASE, WHEN RECALCULATING THE DEFENDANTS SENTENCE MADE BY THE FEDERAL BUREAU OF PRISON.THE INCREASEMENT AFFECTS THE DEFENDANTS HALFWAY PLACEMENT AND HOME CONFINEMENT DATE AS WELL AS VIOLATES THE LAW AND THE SENTENCE ORDER IMPOSED BY THIS HONORABLE COURT.

DEFENDANT MOTIONS THIS HONOR COURT TO NOTIFY THE FEDERAL BUREAU OF PRISON OF THE 152 MONTH SENTENCED IMPOSED ON DECEMBER 8,2014 AND TO CORRECT THE ERROR AND ANY CALCULATION USED TO JUSTIFY INCREASING THIS DEFENDANTS SENTENCE TO: 13 YEARS AND 20 DAYS FROM THE 12 YEARS AND 8 MONTHS IMPOSED BY HONORABLE JUDGE ROGER W. TITUS. DEFENDANT DOBIE MOTION'S THIS HONORABLE COURT FOR IMMEDIATE RELEASE AFTER THE 152 IMPOSED SENTENCE HAS BEEN SATISFIED, SINCE THE FEDERAL BUREAU OF PRISONS CALCULATION INCREASES THE DEFENDANTS SENTENCE AND PREVENTS HER FROM BENEFITING FROM THE 18 U.S.C.& 3582[c]{2} BASED ON THE RETROACTIVE APPLICATION OF THE AMENDMENT 782 TO THE U.S. SENTENCING GUIDELINES AND AS THE HONORABLE COURT INTENDED WHEN IMPOSING THE SENTENCING REDUCTION .

THIS DEFENDANT HAS PROGRAMMED EXTENSIVELY AND SHOULD BE AWARDED THE EARLIEST RELEASE DATE POSSIBLE BY MEANS OF HALFWAY HOUSE ,HOME CONFINEMENT OR IMMEDIATE RELEASE . HOWEVER UNDER NO CIRCUMSTANCES SHOULD THE DEFENDANT 'S SENTENCE BE LEFT AS THE FEDERAL BUREAU OF PRISON RECALCULATION STATES [156 MONTHS] PLEASE SEND AN AMENDED SENTENCING ORDER TO THE FEDERAL BUREAU OF PRISON CLEARLY STATING THIS HONORABLE COURTS SENTENCE AND THE INTENDED PURPOSE OF THE RESENTENCING WAS TO DECREASE DEFENDANTS SENTENCE NOT TO INCREASE IT.REGARDLESS OF TIE ADJUSTMENTS OR PURSUANT TO DGA CALCULATIONS OR OTHERWISE.

IN SPITE OF THE INFORMAL NATURE OF THIS DOCUMENT PLEASE CONSIDER AND FILE IT AS A MOTION FOR AMENDMENT OF SENTENCE AND CORRECTION OF THE REFLECTED SENTENCING BEING 156 OPPOSE TO THE 152 MONTH'S IMPOSED BY THIS HONORABLE COURT.

RESPECTFULLY,

_____
LA' VON DOBIE # 38360-037
FMC-CARSWELL[1 NORTH]
P.O.BOX 27137
FT. WORTH ,TEXAS 76127

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lavon Dobie | ) | Case No: RWT-04-0235 |
| | ) | USM No: 38360-037 |
| Date of Original Judgment: 11/19/2010 | ) | |
| Date of Previous Amended Judgment: 11/20/2012 | ) | Sapna Mirchandani |
| (Use Date of Last Amended Judgment if Any) | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __170__ months is reduced to __152 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

The sentence for count one is reduced from 110 months to 92 months. The sentence for counts 34, 47, 50, 53, and 57 is 48 months, to run concurrently to the sentence for count one. The sentence for count 61 is 60 months, to run consecutively to the other terms, for a total of 152 months.

Except as otherwise provided, all provisions of the judgment dated __11/20/2012__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: December 8, 2014

Effective Date: 11/01/2015
*(if different from order date)*

_____
Judge's signature

The Honorable Roger W. Titus, U.S. District Judge
*Printed name and title*

```
 CRWET  540*23 *           SENTENCE MONITORING           *    02-24-2015
 PAGE 001       *           COMPUTATION DATA             *    11:50:14
                            AS OF 02-24-2015

REGNO..: 38360-037 NAME: DOBIE, LAVON

FBI NO...........: 334369LA9            DATE OF BIRTH: 05-18-1964 AGE:  50
ARS1.............: CRW/A-DES
UNIT.............: UNIT 1 N             QUARTERS.....: H01-143L
DETAINERS........: NO                   NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 05-01-2015

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  11-01-2015 VIA GCT REL

REMARKS........: RELEASE AUDIT COMPLETED ON 01-13-2015 BY DSCC

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: MARYLAND
DOCKET NUMBER....................: RWT-04-0235
JUDGE............................: TITUS
DATE SENTENCED/PROBATION IMPOSED: 12-19-2006
DATE COMMITTED...................: 01-29-2007
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:   $700.00         $00.00           $00.00        $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO       AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 409
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE & PWITD CONTROLLED SUBSTANCES,
         CT 1; 21:843(B) USE OF A COMMUNICATION DEVICE TO FACILITATE
         NARCOTICS TRAFFICKING, CTS 34,47,50,53,57

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    146 MONTHS
 TERM OF SUPERVISION............:      5 YEARS
 NEW SENTENCE IMPOSED...........:     96 MONTHS     20 DAYS
 BASIS FOR CHANGE...............: USSG DRG QNTTY DCSN 11-01-2014
 DATE OF OFFENSE................: 05-18-2004




G0002         MORE PAGES TO FOLLOW . . .
```

```
CRWET   540*23  *        SENTENCE MONITORING          *    02-24-2015
PAGE 002         *         COMPUTATION DATA           *    11:50:14
                           AS OF 02-24-2015

REGNO..: 38360-037 NAME: DOBIE, LAVON


 -------------------------CURRENT OBLIGATION NO: 020 --------------------------
 OFFENSE CODE....:  130
 OFF/CHG: 18:924(C) POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG
          TRAFFICKING CRIME, CT 61

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     60 MONTHS
  TERM OF SUPERVISION............:      5 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS
  DATE OF OFFENSE................: 06-01-2004

 -------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-13-2015 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-13-2015 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 12-19-2006
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    156 MONTHS       20 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     13 YEARS        20 DAYS
AGGREGATED TERM OF SUPERVISION..:      5 YEARS
EARLIEST DATE OF OFFENSE........: 05-18-2004

JAIL CREDIT.....................:      FROM DATE    THRU DATE
                                       05-25-2004   12-18-2006




G0002         MORE PAGES TO FOLLOW . . .
```

```
CRWET  540*23 *         SENTENCE MONITORING            *    02-24-2015
PAGE 003 OF 003 *         COMPUTATION DATA             *    11:50:14
                          AS OF 02-24-2015

REGNO..: 38360-037 NAME: DOBIE, LAVON


TOTAL PRIOR CREDIT TIME.........: 938
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 590
TOTAL GCT EARNED................: 513
STATUTORY RELEASE DATE PROJECTED: 11-01-2015
EXPIRATION FULL TERM DATE.......: 06-13-2017
TIME SERVED.....................:        10 YEARS      9 MONTHS      1 DAYS
PERCENTAGE OF FULL TERM SERVED..: 82.3

PROJECTED SATISFACTION DATE.....: 11-01-2015
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS........: 12-07-12 RECV'D SENTENCE REDUCTION REDUCING TIE FROM 206 MOS
                 TO 170 MOS. NO OTHER CHANGES NOTED./B/BM;01-13-15 REC'D ORD
                 REDUCING TIE FROM 170M TO 152M PURSUANT TO DGA. TIE ADJUSTED
                 TO REACH TARGET DATE OF 11-01-15 FOR TIE OF 156M,20D B/CMS.




















S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

Name LA'VON DOBIE
Reg. No. #38360-037
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
25 FEB 2015 PM 5 L

USA | forever

RECEIVED IN THE CHAMBERS OF
ROGER W. TITUS

MAR 0 2 2015

UNITED STATES DISTRICT JUDGE

⇔38360-037⇔
District Court Of Md
6500 Cherrywood LN
C/O Judge Titus
Greenbelt, MD 20770
United States

2077 0124999