```
CRWET  540*23 *          SENTENCE MONITORING        *     02-24-2015
PAGE 001        *          COMPUTATION DATA          *     11:50:14
                           AS OF 02-24-2015
```

REGNO...: 38360-037 NAME: DOBIE, LAVON

```
FBI NO...........: 334369LA9          DATE OF BIRTH:          AGE:  50
ARS1.............: CRW/A-DES
UNIT.............: UNIT 1 N            QUARTERS.....: H01-143L
DETAINERS........: NO                 NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 05-01-2015

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  11-01-2015 VIA GCT REL

REMARKS........: RELEASE AUDIT COMPLETED ON 01-13-2015 BY DSCC

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

```
COURT OF JURISDICTION..........: MARYLAND
DOCKET NUMBER..................: RWT-04-0235
JUDGE..........................: TITUS
DATE SENTENCED/PROBATION IMPOSED: 12-19-2006
DATE COMMITTED.................: 01-29-2007
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO
```

```
                   FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:    $700.00        $00.00          $00.00       $00.00

RESTITUTION...:    PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00
```

----------------------CURRENT OBLIGATION NO: 010 ----------------------
OFFENSE CODE....: 409
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE & PWITD CONTROLLED SUBSTANCES,
         CT 1; 21:843(B) USE OF A COMMUNICATION DEVICE TO FACILITATE
         NARCOTICS TRAFFICKING, CTS 34,47,50,53,57

```
SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 146 MONTHS
TERM OF SUPERVISION............:   5 YEARS
NEW SENTENCE IMPOSED...........:  96 MONTHS    20 DAYS
BASIS FOR CHANGE...............: USSG DRG QNTTY DCSN 11-01-2014
DATE OF OFFENSE................: 05-18-2004
```

G0002        MORE PAGES TO FOLLOW . . .

```
CRWET  540*23  *          SENTENCE MONITORING        *      02-24-2015
PAGE 002          *          COMPUTATION DATA          *      11:50:14
                            AS OF 02-24-2015
```

REGNO..: 38360-037 NAME: DOBIE, LAVON


------------------------CURRENT OBLIGATION NO: 020 ------------------------
OFFENSE CODE....: 130
OFF/CHG: 18:924(C) POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG
        TRAFFICKING CRIME, CT 61

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   60 MONTHS
  TERM OF SUPERVISION............:    5 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS
  DATE OF OFFENSE................: 06-01-2004

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-13-2015 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-13-2015 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 12-19-2006
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:  156 MONTHS   20 DAYS
TOTAL TERM IN EFFECT CONVERTED..:   13 YEARS    20 DAYS
AGGREGATED TERM OF SUPERVISION..:    5 YEARS
EARLIEST DATE OF OFFENSE........: 05-18-2004

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                    05-25-2004   12-18-2006




G0002      MORE PAGES TO FOLLOW . . .

```
CRWET  540*23 *           SENTENCE MONITORING          *      02-24-2015
PAGE 003 OF 003 *          COMPUTATION DATA            *      11:50:14
                           AS OF 02-24-2015

REGNO..: 38360-037 NAME: DOBIE, LAVON


TOTAL PRIOR CREDIT TIME.........: 938
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 590
TOTAL GCT EARNED................: 513
STATUTORY RELEASE DATE PROJECTED: 11-01-2015
EXPIRATION FULL TERM DATE.......: 06-13-2017
TIME SERVED.....................:     10 YEARS      9 MONTHS      1 DAYS
PERCENTAGE OF FULL TERM SERVED..: 82.3

PROJECTED SATISFACTION DATE.....: 11-01-2015
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 12-07-12 RECV'D SENTENCE REDUCTION REDUCING TIE FROM 206 MOS
                TO 170 MOS. NO OTHER CHANGES NOTED./B/BM;01-13-15 REC'D ORD
                REDUCING TIE FROM 170M TO 152M PURSUANT TO DGA. TIE ADJUSTED
                TO REACH TARGET DATE OF 11-01-15 FOR TIE OF 156M,20D B/CMS.
```

```
S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```