IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal Case No. RWT-04-0235 |
| **LAVON DOBIE** | * | |

## ORDER

The Court reduced Lavon Dobie's sentence from 170 months to 152 months on December 10, 2014. ECF No. 1729. That reduction will be effective on November 1, 2015. *Id.* On March 3, 2015, Dobie filed a Motion to Correct Sentence [ECF No. 1761] stating that the Bureau of Prisons illegally increased her sentence to 156 months. Dobie's motion appears to be based on a misunderstanding of a Bureau of Prisons' document. The Bureau of Prisons has not increased Dobie's sentence to 156 months. Rather, the Bureau of Prisons used a 156-month sentence to calculate her release date to be November 1, 2015, the effective date of her sentence reduction. *Id.* at 5. It appears that, on November 1, 2015, Dobie will be released. As Dobie has not suffered the harm she claims to have suffered, there is no basis for her motion, and it will be denied. Accordingly, it is, this 21st day of September, 2015, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion to Correct Sentence [ECF No. 1761] is **DENIED**; and it is further

**ORDERED**, that the Clerk shall mail a copy of this Order to Defendant.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
