UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS

FILED _____ ENTERED
LOGGED _____ RECEIVED

OCT 29 2015

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

RWT 04-cr-0235.009

24 SEP '15
PM 1 L

RTS

049J82024319
$00.48⁵
09/24/2015
Mailed From 20770
US POSTAGE

Lavon Dobie #38360-037
FMC - CARSWELL (1 North)
Inmate Mail/Parcels
P.O. Box 27137
Fort Worth, TX 76127

RETURN TO SENDER
Unable to identify

NIXIE        750   SE 1         0010/23/15
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 20770124999    *2117-04445-24-40