**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS

ENTERED
RECEIVED
FILED
LOGGED
NOV 10 2015
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND   DEPUTY
BY

CAN DISTRICT
MD 207
30 OCT '15
PM 1 L



049J82024319

$00.48⁵
10/30/2015
Mailed From  20770
US POSTAGE

RWT04cr0235-009

RTS
cannot
locate

Lavon Dobie, #38360-037
RRM Washington, DC
RESIDENTIAL REENTRY OFFICE
302 SENTINEL DRIVE
SUITE 200
ANNAPOLIS JUNCT, MD 20701

NIXIE          207   SE 1          0011/07/15
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 20770124999          *2117-07569-30-40

5