IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIM. NO.: RWT-04-cr-00235 |
| PAULETTE MARTIN, : | |
| : | |
| : | |
| Defendant. : | |

...oooOooo...

**LINE**

Madam Clerk:

Please strike the appearance of Mara Zusman Greenberg as counsel for the government for all purposes in the above-captioned case.

Respectfully submitted,

Rod Rosenstein
United States Attorney

By:   /s/
Mara Zusman Greenberg
Assistant United States Attorney
United States Attorney's Office of Maryland