# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| V. | : | **CRIMINAL NO. RWT-04-235** |
| | : | |
| | : | |
| **PAULETT MARTIN, et al** | : | |

...oooOooo...

## LINE

Madam Clerk:

Please enter the appearance of Michael Packard as counsel for the government for all purposes in the above-captioned case.

Respectfully submitted,

Rod Rosenstein
United States Attorney

By: ____/s/_____
Michael T. Packard
Assistant United States Attorney
United States Attorney's Office of Maryland
6406 Ivy Lane, 8th Floor
Greenbelt, Maryland 20770
Michael.Packard@usdoj.gov
(301) 344-4130