# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAULETTE MARTIN, ET AL.,**<br><br>Defendant. | *<br>*<br>*<br>*<br>*  **CRIM. NO.: DKC-04-235**<br>*<br>*<br>*<br>*<br>* |

...oooOooo...

## LINE

Madam Clerk:

Please strike the appearance of Ellen E. Nazmy as counsel for the government for all purposes in the above-captioned case.

                           Respectfully submitted,

                           Erek L. Barron
                           United States Attorney


By:    /s/                      
      Ellen E. Nazmy
      Assistant United States Attorney